**22ntcftrn**



In Re: **Matthew Edward Shkor**

United States Bankruptcy Court for the District of Columbia

Case No.: **21−00041−ELG**

Chapter: **7**

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280

www.dcb.uscourts.gov

### NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT
==================================================

A transcript of the proceeding held on 6/17/2021 was filed on 8/22/2023 . The following deadlines apply:

1.    The parties have until 8/29/2023 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037−1 is 9/12/2023 [21 days from the date of filing of the transcript].

2.    If a Request for Redaction is filed, the redacted transcript is due 9/22/2023 [31 days from the date of filing the request for redaction].

3.    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/20/2023 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

Dated:  8/22/23

For the Court:

Angela D. Caesar

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.

United States Bankruptcy Court

District of Columbia

In re:  
Matthew Edward Shkor  
    Debtor

Case No. 21-00041-ELG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 22, 2023      Form ID: ntcftrn      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Alan D. Eisler, Eisler Hamilton, LLC, 1 Research Court, Suite 450, Rockville, MD 20850-6252 |
| aty | + James M Loots, Law Offices of James M Loots PC, 634 G Street SE, Suite 200, Washington Washington, dc 20003-2728 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 22 2023 21:41:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 22 2023 21:41:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Defendant Matthew Edward Shkor aeisler@e-hlegal.com mcghamilton@gmail.com |
| Alan D. Eisler | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 22, 2023 | Form ID: ntcftrn | Total Noticed: 4 |

on behalf of Debtor Matthew Edward Shkor aeisler@e-hlegal.com mcghamilton@gmail.com

Arthur P. Lander

on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com

Benjamin P. Smith

on behalf of Creditor VVS RI Development LLC bsmith@shulmanrogers.com ctremper@shulmanrogers.com;ILaLiberte@shulmanrogers.com

Bradley David Jones

on behalf of Creditor Capital Bank  N.A. Brad.Jones@ofplaw.com, marse.hammond@ofplaw.com;brad.jones2020@ecf.pacerpro.com

Bradley David Jones

on behalf of Plaintiff Capital Bank  N.A. Brad.Jones@ofplaw.com, marse.hammond@ofplaw.com;brad.jones2020@ecf.pacerpro.com

Bryan S. Ross

on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com

Bryan S. Ross

ysnore@aol.com bross@ecf.axosfs.com

Catherine Keller Hopkin

on behalf of Defendant Cornerstone Capital  LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

Catherine Keller Hopkin

on behalf of Creditor Cornerstone Capital  LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

Catherine Keller Hopkin

on behalf of Plaintiff Cornerstone Capital  LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

Christopher J. Giaimo

on behalf of Interested Party COMPASS CONCIERGE  LLC christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo

on behalf of Interested Party COMPASS  INC. christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Darrell W. Clark

on behalf of Trustee Bryan S. Ross darrell.clark@stinson.com Siobhan.rudolph@stinson.com

James M Loots

on behalf of Creditor CMX Construction Group LLC jloots@lootslaw.com

Jason Kutcher

on behalf of Creditor Goldman Sachs Bank USA jason.kutcher@troutman.com sharron.fay@troutman.com

Jeffrey M. Orenstein

on behalf of Creditor Dila Development and Construction  LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jill Diane Caravaggio

on behalf of Creditor Ferguson Enterprises  LLC jill@jill-lawoffice.net, paralegal@jill-lawoffice.net

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov

Lawrence J. Anderson

on behalf of Creditor Capital Bank  N.A. landerson@nealon.com, landersonhome1@gmail.com

Maurice Belmont VerStandig

on behalf of Interested Party VVS RI Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael N. Russo, Jr.

on behalf of Interested Party MatCap Russo@councilbaradel.com abs@councilbaradel.com;aaw@councilbaradel.com;mnc@councilbaradel.com

Neil D Goldman

on behalf of Creditor Christian G. Waller ngoldman@goldmanvanbeek.com

Richard E. Hagerty

on behalf of Creditor Goldman Sachs Bank USA richard.hagerty@troutmansanders.com sharron.fay@troutmansanders.com;wlbank@troutman.com;Monica.Molitor@troutman.com

| | |
|---|---|
| Richard M. Sissman | on behalf of Creditor BMC East LLC rsissmanesq@his.com |
| Shawn C. Whittaker | on behalf of Plaintiff AG's Enterprise Inc. shawn@whittakermyers.com |
| Shawn C. Whittaker | on behalf of Creditor AG's Enterprise Inc. shawn@whittakermyers.com |
| Tiffany S. Franc | on behalf of Plaintiff Cornerstone Capital LLC tfranc@yvslaw.com, pgomez@yvslaw.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Valerie Edwards | on behalf of Interested Party Eileen Cowdery valerie@antonlegal.com |

TOTAL: 30