The order below is hereby signed.

Signed: September 1 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **MATTHEW EDWARD SHKOR**, | ) | **Case No. 21-00041-ELG** |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

## SCHEDULING ORDER

The matter before the Court is a Motion to Approve Compromise (the "**Compromise Motion**") between Mathew Shkor (the "**Debtor**") and Cornerstone Capital, LLC ("**Cornerstone**"). [Dkt. No. 183]. Capital Bank, N.A. ("**Capital Bank**") filed an objection to the Compromise Motion. [Dkt. No. 186]. In response, Cornerstone filed a reply and request to strike (the "**Motion to Strike**"). [Dkt. No. 187]. The Debtor also filed a reply. [Dkt. No. 188]. Capital

---

F. Douglas Ross (A*dmitted Pro Hac Vice*)
Bradley D. Jones (Bankr. D.D.C. No. VA68)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:   (703) 218-2100
Fax:       (703) 218-2160
Email:   Douglas.Ross@ofplaw.com
               Brad.Jones@ofplaw.com

*Counsel for Capital Bank, N.A.*

Bank opposed the Motion to Strike. [Dkt. No. 189]. Cornerstone filed a reply. [Dkt. No. 191]. The Court held a status conference on these matters on August 23, 2023. At that hearing the Court determined it would be appropriate to set a discovery schedule and evidentiary hearing date. The Court having considered this matter and good cause having been shown, it is hereby:

ORDERED that October 27, 2023 will be the deadline for the parties to complete discovery with respect to the Compromise Motion and Motion to Strike. All written discovery must be initiated by such date as will allow the full period for response under the Federal Rules of Bankruptcy Procedure to be completed on or before the discovery cut-off date; it is further

ORDERED that the Court will hold an evidentiary hearing on November 8, 2023, at 1:00 p.m. Counsel and all witnesses are required to appear in-person, unless otherwise agreed by the parties and Court.

**[End of Order]**

**I ASK FOR THIS:**

CAPITAL BANK, N.A.

By:  */s/ Bradley D. Jones*
F. Douglas Ross (*Admitted Pro Hac Vice*)
Bradley D. Jones (Bankr. D.D.C. No. VA68)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:  (703) 218-2100
Fax:   (703) 218-2160
Email:  Douglas.Ross@ofplaw.com
    Brad.Jones@ofplaw.com

**SEEN:**

CORNERSTONE CAPITAL, LLC.

By:  */s/ Catherine Keller Hopkin*
Catherine Keller Hopkin (Bar ID: 976744)
Andrew Gerlowski (Bar ID: 241939)
Yumkas, Vidmar, Sweeney & Mulrenin, LLC
10211 Wincopin Circle, Suite 500
Columbia, MD 21044
Phone:  (410) 571-2780
Fax:   (410) 571-2798
Email:  chopkin@yvslaw.com
    agerlowski@yvslaw.com

**SEEN:**

MATTHEW EDWARD SHKOR

By:  */s/ Alan D. Eisler*
Alan D. Eisler (Bar ID: 435054)
1 Research Court, Suite 450
Rockville, MD 20850
Phone:  (240) 283-1164
Fax:   (301) 519-8005
Email:  aeisler@e-hlegal.com

#5700443v1 049798/000069