### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **MATTHEW EDWARD SHKOR**, | ) | **Case No. 21-00041-ELG** |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Bradley D. Jones, an attorney at Odin Feldman Pittleman, P.C., is withdrawing from the above captioned case. By this notice, Mr. Jones's appearance in the above captioned case is hereby withdrawn and Alexander M. Laughlin, who is also an attorney with Odin Feldman Pittleman, P.C. is substituted therein as counsel of record.

By:  */s/ Alexander M. Laughlin*
F. Douglas Ross (A*dmitted Pro Hac Vice*)
Alexander M. Laughlin (Bar ID: 484489)
ODIN FELDMAN & PITTLEMAN P.C.
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone: (703) 218-2100
Fax:    (703) 218-2160
Email:  Douglas.Ross@ofplaw.com
        Alex.Laughlin@ofplaw.com

Seen and Agreed:

*/s/ Bradley D. Jones*
Bradley D. Jones (Bankr. D.D.C. No. VA68)
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone: (703) 218-2176
Fax:    (703) 218-2160
Email: Brad.Jones@ofplaw.com

- 2 -

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and accurate copy of the foregoing Notice of Withdrawal and Substitution of Counsel has been served on all counsel of record via electronic notification through the Court's CM/ECF system.

                                  /s/ *Alexander M. Laughlin*
                                  Alexander M. Laughlin

#5710987v1 049798/000069