# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| MATTHEW SHKOR | )  Case No. 21-00041-ELG |
| | ) |
| Debtor. | ) |
| | ) |

## PRAECIPE WITHDRAWING MOTION TO APPROVE SETTLEMENT WITH CORNERSTONE CAPITAL, LLC

To the Clerk:

Matthew Shkor (the "**Debtor**"), by counsel, hereby withdraws his Motion to Approve Settlement Agreement with Cornerstone Capital, LLC [D.E. # Doc. 183] ("**Motion**") and states further:

On February 5, 2021, the Debtor filed a voluntary Chapter 7 bankruptcy petition. On 28, 2023, Cornerstone Capital, LLC ("**Cornerstone**") filed against the Debtor in this court a Complaint to Determine Dischargeability pursuant to 11 U.S.C. § 523(a)(2)(B) and Defendant's Consent to Judgment, docketed as Adv. No. 23-10013 ("**Complaint**").

On April 26, 2023, the Debtor filed the Motion, which sought approval of a proposed settlement of the causes of action described in the Complaint, in accordance with Bankruptcy Rule 9019. Notably, the settlement agreement did not contain settlement funds that constituted property of the Debtor's bankruptcy estate; and the parties settled only the action pertaining to

Alan D. Eisler, D.C. Bar No. 435054
Eisler Hamilton, LLC
1 Research Court, Suite 450
Rockville, MD 20850
Phone: (240) 283-1164
Email: aeisler@e-hlegal.com
Counsel for Matthew Shkor

Bankruptcy Code §523.[1]

Pursuant to Bankruptcy Rule 9019, the court may approve a compromise or settlement ***proposed by the trustee*** after notice and hearing to all interested parties. *See* Fed. R. Bankr. P. 9019(a). Accordingly, the Debtor withdraws the Motion because there is no compromise or settlement proposed by the ***chapter 7 trustee***. The only settlement at issue is between Cornerstone and the Debtor and does not involve any estate property or issues in which the chapter 7 trustee has any interest.

Thus, with respect to any discovery propounded by Capital Bank either to the Debtor or Cornerstone that relates to the Motion, such discovery is no longer authorized to be propounded because there is no pending contested matter on which discovery can be sought. Not only will the withdrawal of the Motion save the parties additional and unnecessary cost and time devoted to meaningless discovery, but there will also be no potential risk of any additional facts being introduced to this court to potentially taint its forthcoming ruling on the February 2023 trial in *Capital Bank, N.A. v. Cornerstone Capital, LLC, et al.,* Adv. No. 21-10012.

Nevertheless, as a show of good faith, and to further reiterate that the Debtor and Cornerstone have never agreed to any settlement that includes the payment of fees or other consideration for testimony, Cornerstone will produce documents that Capital Bank requested in connection with the Motion for "attorney's eyes only (AEO)," which production will occur after this Court rules on the trial issues that came before it in February 2023.

---

[1] As has been confirmed by the Debtor and Cornerstone multiple times, the Complaint by Cornerstone does not seek denial of a discharge under §727, and the settlement of the disputes only implicates Bankruptcy Code §523.

EISLER HAMILTON, LLC

By:   /s/     Alan D. Eisler
    Alan D. Eisler, D.C. Bar No. 435054
    1 Research Court, Suite 450
    Rockville, MD  20850
    Phone: (240) 283-1164
    Fax: (301) 519-8005
    Email: aeisler@e-hlegal.com
    Attorneys for Shkor

CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2023, copies of the Praecipe withdrawing Motion to Approve Settlement with Cornerstone Capital, LLC were sent by CM/ECF, to:

Lawrence J. Anderson, Esquire (landerson@nealon.com)
Jill Diane Caravaggio, Esquire (jill@jill-lawoffice.net)
Darrell W. Clark, Esquire (darrell.clark@stinson.com)
Valerie Edwards, Esquire (valerie@antonlegal.com)
Kristen S. Eustis, Esquire (kristen.s.eustis@usdoj.gov)
Christopher J. Giaimo, Esquire (christopher.giaimo@squirepb.com)
Neil D Goldman, Esquire (ngoldman@goldmanvanbeek.com)
Richard E. Hagerty, Esquire (richard.hagerty@troutmansanders.com)
Catherine Keller Hopkin, Esquire (chopkin@yvslaw.com)
Bradley D. Jones, Esquire (brad.jones@ofplaw.com)
Patrick J. Kearney, Esquire (pkearney@sgrwlaw.com)
Jason Kutcher, Esquire (jason.kutcher@troutmansanders.com)
Arthur P. Lander, CPA (artlander@aol.com)
Jeffrey M. Orenstein, Esquire (jorenstein@wolawgroup.com)
Bryan S. Ross, Chapter 7 Trustee (ysnore@aol.com)
Michael N. Russo, Jr., Esquire (russo@councilbaradel.com)
Richard M. Sissman, Esquire (rsissmanesq@his.com)
Benjamin P. Smith, Esquire (bsmith@shulmanrogers.com)
Maurice Belmont VerStandig, Esquire (mac@mbvesq.com)
U. S. Trustee for Region Four (ustpregion04.dc.ecf@usdoj.gov)
Shawn C. Whittaker, Esquire (shawn@whittaker-law.com)

        /s/  Alan D. Eisler
    Alan D. Eisler