**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MATTHEW EDWARD SHKOR, | ) | Case No. 21-00041-ELG |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

### **[PROPOSED] ORDER**

This matter came on to be heard on Capital Bank N.A.'s Motion To Strike the Debtor's Praecipe Withdrawing Motion To Approve Settlement With Cornerstone Capital, LLC And/Or To Reinstate Such Motion;

---

Alexander M. Laughlin (Bar ID: 484489)
 F. Douglas Ross (Admitted Pro Hac Vice)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:   (703) 218-2100 (telephone)
 Fax:      (703) 218-2160 (facsimile)
 Email:   Alex.Laughlin@ofplaw.com
              Douglas.Ross@ofplaw.com

*Counsel for Capital Bank*

And the Court having considered the Motion, and any Opposition filed thereto, it is hereby

**ORDERED** that the Debtor's Praecipe purporting to withdraw the Debtor's Motion To Approve Settlement with Cornerstone Capital, LLC is stricken; and it is hereby further

**ORDERED** that the Debtor and Cornerstone Capital, LLC shall produce the documents responsive to Capital Bank's Document Requests by _____; and it is hereby further

**ORDERED** that the Debtor shall be deposed following the document production, and on or before _____; and it is hereby further

**ORDERED** that the evidentiary hearing previously scheduled for November 8, 2023 shall be rescheduled to _____.

I ASK FOR THIS:

*/s/ Alexander M. Laughlin*
Alexander M. Laughlin (Bar ID: 484489)
F. Douglas Ross (Admitted Pro Hac Vice)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:   (703) 218-2100 (telephone)
Fax:     (703) 218-2160 (facsimile)
Email:   Alex.Laughlin@ofplaw.com
         Douglas.Ross@ofplaw.com

*Counsel for Capital Bank*

Copies to: All attorneys who have entered an appearance and who are registered e-filers.

#5771276v1