UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

Matthew Shkor                      Case No. 21-00041
                                           Chapter 7

Debtor

**STATUS REPORT**

Comes now the chapter 7 trustee and hereby states as follows:

1. That the trustee is currently holding $50,053.02

2. That all assets have been fully administered.

3. That this Court has issued a decision in the case of Capital Bank N.A. vs Cornerstone Capital, LLC. Case No. 21-10012.

4. That Cornerstone Capital has appealed said decision.

5. That counsel for Cornerstone has asked the trustee to defer the filing of his final report pending the outcome of said appeal.[1]

6. The chapter 7 trustee has acquiesced to Cornerstones counsel request.

                                       /s/ Bryan Ross_____
                                       Bryan Ross #263863
                                       Chapter 7 trustee
                                       1825 K Street NW
                                       Suite 200
                                       Washington, DC 20006
                                       202-659-2214

---

[1] Said appeal will ultimately determine whether Cornerstone's and Capital Bank's claims are secured or unsecured which will affect the distribution to all creditors in the trustee's final report.