IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| MATTHEW EDWARD SHKOR | * | Case No: 21-00041-ELG |
| Debtor | * | (Chapter 7) |
| * * * * * * | * * * * * * | |
| CORNERSTONE CAPITAL, LLC | * | |
| Movant | * | |
| v. | * | |
| MATTHEW EDWARD SHKOR and BRYAN S. ROSS, CHAPTER 7 TRUSTEE | * | |
| Respondents | * | |
| | * | |
| * * * * * * | * * * * * * | |

**NOTICE OF MOTION AND HEARING AND DEADLINE TO
OBJECT TO CONSENT MOTION FOR RELIEF FROM AUTOMATIC STAY**

Cornerstone Capital, LLC ("Cornerstone"), by counsel, has filed a Consent Motion for Relief from Automatic Stay (the "Motion for Relief") seeking termination of the automatic stay with respect to the real property located at 1738 R Street, N.W., Washington, D.C. 20009.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

**Notice of Deadline to Object**

If you do not want the Court to grant the relief sought in the Motion for Relief, or if you want the Court to consider your views on the motion, then:

Within **fourteen (14) days** after the date of this notice, you or your attorney must file with the Court a written objection to the Motion for Relief, together with the proposed order required by Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.  You may append affidavits and documents in support of your objection.

---

Catherine Keller Hopkin, 976744
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@yvslaw.com
Counsel for Cornerstone, N.A.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

    Catherine Keller Hopkin, Esquire
    YVS Law, LLC
    185 Admiral Cochrane Drive, Suite 130
    Annapolis, Maryland  21401

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion for Relief and may enter an order granting that relief. The Court may grant the Motion for Relief without hearing if the objection filed states inadequate grounds for denial of the motion. Parties in interest with questions may contact the undersigned.

### Notice of Hearing

A hearing on the Motion for Relief has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **Wednesday, June 5, 2024 at 9:30 a.m**. **The hearing will be conducted via Zoom. Please contact aimee_mathewes@dcb.uscourts.gov for the Zoom Access Code.**

Dated:    April 18, 2024
                                                          /s/ Catherine Keller Hopkin
                                                 Catherine Keller Hopkin, 976744
                                                 YVS Law, LLC
                                                 185 Admiral Cochrane Drive, Suite 130
                                                 Annapolis, Maryland  21401
                                                 (443) 569-0788
                                                 chopkin@yvslaw.com

                                                 Counsel for Cornerstone, N.A.

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April 2024, notice of filing the Notice of Motion and Hearing and Deadline to Object to Consent Motion for Relief from Automatic Stay (the "Notice") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list; and a copy of the Notice was mailed first class, postage prepaid to the parties so identified on the attached service list.

                                                                             /s/ Catherine Keller Hopkin
                                                                             Catherine Keller Hopkin

**The following parties received a copy of the filing by first class mail:**

Matthew Edward Shkor
1738 R Street, N.W.
Washington, D.C.  20009

Bryan S. Ross, Chapter 7 Trustee
1776 K Street N.W., Suite 200
Washington, D.C.  20006-1222

**The following parties received CM/ECF notice of the filing:**

Lawrence J. Anderson, Esquire
(landerson@nealon.com)
Counsel for Capital Bank, N.A.
Nealon & Associates, P.C.
119 North Henry Street
Alexandria, Virginia  22314

Jill Diane Caravaggio, Esquire
(jill@jill-lawoffice.net)
Counsel for Ferguson Enterprises, LLC
8923 Fingerboard Road, Suite C
Frederick, Maryland  21704

Darrell W. Clark, Esquire
(darrell.clark@stinson.com)
Counsel for Chapter 7 Trustee
Stinson LLP
1775 Pennsylvania Ave NW, Suite 800
Washington, D.C.  20006

Valerie Edwards, Esquire
(valerie@antonlegal.com)
Counsel for Eileen Cowdery
Antonopolos & Associates
1725 DeSales Street NW, Suite 600
Washington, D.C.  20036

Alan D. Eisler, Esquire
(aeisler@e-hlegal.com)
Counsel for Debtor
Eisler Hamilton, LLC
1 Research Court, Suite 450
Rockville, Maryland  20850

Kristen S. Eustis, Esquire
(kristen.s.eustis@usdoj.gov)
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia  22314

Christopher J. Giaimo, Esquire
(christopher.giaimo@squirepb.com)
Counsel for Compass Concierge, LLC
Squire Patton Boggs
2550 M Street
Washington, D.C.  20037

Neil D Goldman, Esquire
(ngoldman@goldmanvanbeek.com)
Counsel for Christian G. Waller
Goldman & Van Beek, P.C.
510 King Street, Suite 416
Alexandria, Virginia  20854

Richard E. Hagerty, Esquire
(richard.hagerty@troutmansanders.com)
Counsel for Goldman Sachs Bank USA
Troutman Pepper Hamilton Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, D.C.  20004

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Cornerstone Capital, LLC
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Jason Kutcher, Esquire
(jason.kutcher@troutmansanders.com)
Counsel for Goldman Sachs Bank USA
Troutman Pepper Hamilton Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, D.C.  20004

Arthur P. Lander, CPA
(artlander@aol.com)
Arthur Lander CPA PC
300 North Washington Street, Suite 104
Alexandria, Virginia  22314

Alexander M. Laughlin, Esquire
(alex.laughlin@ofplaw.com)
Counsel for Capital Bank, N.A.
Odin, Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia  20190

Jeffrey M. Orenstein, Esquire
(jorenstein@wolawgroup.com)
Counsel for Dila Development
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20852

Bryan S. Ross, Chapter 7 Trustee
(ysnore@aol.com)
1776 K Street N.W., Suite 200
Washington, D.C.  20006-1222

Michael N. Russo, Jr., Esquire
(russo@councilbaradel.com)
Counsel for MatCap
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Post Office Box 2289
Annapolis, Maryland  21401

Richard M. Sissman, Esquire
(rsissmanesq@his.com)
Counsel for BMC East, LLC
Law Offices of Richard M. Sissman
1485 Chain Bridge Road, Suite 105
McLean, Virginia  22101

Benjamin P. Smith, Esquire
(bsmith@shulmanrogers.com)
Counsel for VVS RI Development LLC
Shulman Rogers Gandal Pordy & Ecker
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland  20854

Maurice Belmont VerStandig, Esquire
(mac@mbvesq.com)
Counsel for VVS RI Development LLC
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, Suite 665
Henderson, Nevada  89012

U. S. Trustee for Region Four
(ustpregion04.dc.ecf@usdoj.gov)
1725 Duke Street, Suite 650
Alexandria, Virginia  22314

Shawn C. Whittaker, Esquire
(shawn@whittaker-law.com)
Counsel for AG's Enterprise, Inc.
Whittaker & Associates, P.C.
1010 Rockville Pike, Suite 607
Rockville, Maryland  20852