# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| **MATTHEW EDWARD SHKOR**, | )    Case No. 21-00041-ELG |
| | )    Chapter 7 |
| Debtor. | ) |

## CAPITAL BANK, N.A.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTION TO LIFT STAY MOTION

Capital Bank, N.A., by counsel, files this Unopposed Motion for an Extension of Time to File an Objection to Cornerstone Capital, LLC's ("Cornerstone") Motion for Relief from Automatic Stay (the "Lift Stay Motion"), and in support thereof states as follows:

1. On April 18, 2024, Cornerstone filed its Lift Stay Motion, which is consented to by the Debtor, Matthew Shkor.

2. Cornerstone's Motion seeks to foreclose on Mr. Shkor's property at 1738 R St. NW. Washington DC, 20009 (the "Property"). As a result of this Court's prior ruling in the Adversary Proceeding between Capital Bank and Cornerstone (which Cornerstone has appealed), Capital Bank is in a first lien position and Cornerstone is in a second lien position on the Property.

3. Any Objection by Capital Bank to Cornerstone's Lift Stay Motion is presently due on May 2, 2024, but because of the trial schedule of Capital Bank's counsel, Capital Bank is requesting an extension until May 13 to file any Objection to the Motion.

---

Alexander M. Laughlin (Bar ID: 484489)
F. Douglas Ross (Admitted Pro Hac Vice)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:   (703) 218-2100
Fax:       (703) 218-2160
Email:   Alex.Laughlin@ofplaw.com
             Douglas.Ross@ofplaw.com

*Counsel for Capital Bank, N.A.*

4. Cornerstone and its counsel have graciously advised that they do not oppose Capital Bank's request for an extension.

5. The requested extension will not delay these proceedings because the hearing on the Lift Stay Motion is scheduled for June 5, 2024.

WHEREFORE, Capital Bank respectfully requests that it be granted an extension until May 13, 2024 to file any Objection to Cornerstone's Motion for Relief from Automatic Stay.

    Respectfully submitted,

*/s/ Alexander M. Laughlin*
Alexander M. Laughlin (Bar ID: 484489)
F. Douglas Ross (Admitted Pro Hac Vice)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone: (703) 218-2100
Fax:    (703) 218-2160
Email: Alex.Laughlin@ofplaw.com
       Douglas.Ross@ofplaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2024, a copy of Capital Bank, N.A.s Unopposed Motion for an Extension of Time to File Objection to Lift Stay Motion was served on all counsel of record via electronic notification through this Court's CM/ECF system.

*/s/ Alexander M. Laughlin*
Alexander M. Laughlin

#5974987v1