**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **MATTHEW EDWARD SHKOR**, | ) | **Case No. 21-00041-ELG** |
| | ) | Chapter 7 |
| Debtor. | ) | |

**[PROPOSED] ORDER GRANTING CAPITAL BANK, N.A.'S MOTION FOR AN EXTENSION**

The matter before the Court is the Unopposed Motion of Capital Bank, N.A. ("Capital Bank") for Extension of Time to File Objection to Lift Stay Motion. The Lift Stay Motion filed by Cornerstone Capital, LLC ("Cornerstone") was filed at Docket Number 208.

The Court having considered Capital Bank's Unopposed Motion, and good cause having been found, it is by the United States Bankruptcy Court for the District of Columbia, hereby:

1.      ORDERED that the Capital Bank's Motion is GRANTED.

Alexander M. Laughlin (Bar ID: 484489)
F. Douglas Ross (Admitted Pro Hac Vice)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:   (703) 218-2100
Fax:      (703) 218-2160
Email:   Alex.Laughlin@ofplaw.com
             Douglas.Ross@ofplaw.com

*Counsel for Capital Bank, N.A.*

2.    ORDERED that Capital Bank shall file any Objection to the Lift Stay Motion by

May 13, 2024.

**[End of Order]**

**I ASK FOR THIS:**

CAPITAL BANK, N.A.

*/s/ Alexander M. Laughlin*
Alexander M. Laughlin (Bar ID: 484489)
F. Douglas Ross (Admitted Pro Hac Vice)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:  (703) 218-2100
Fax:     (703) 218-2160
Email: Alex.Laughlin@ofplaw.com
        Douglas.Ross@ofplaw.com

Copies to: All counsel of record.

#5974971v2