The order below is hereby signed.

Signed: May 15 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:                                     )
                                           )
**MATTHEW EDWARD SHKOR,**                  )          **Case No. 21-00041-ELG**
                                           )          Chapter 7
Debtor.                                    )

### ORDER GRANTING CAPITAL BANK, N.A.'S MOTION FOR AN EXTENSION

The matter before the Court is the Unopposed Motion of Capital Bank, N.A. ("Capital Bank") for Extension of Time to File Objection to Lift Stay Motion. The Lift Stay Motion filed by Cornerstone Capital, LLC ("Cornerstone") was filed at Docket Number 208.

The Court having considered Capital Bank's Unopposed Motion, and good cause having been found, it is by the United States Bankruptcy Court for the District of Columbia, hereby:

1.      ORDERED that the Capital Bank's Motion is GRANTED.

---

Alexander M. Laughlin (Bar ID: 484489)
F. Douglas Ross (Admitted Pro Hac Vice)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:   (703) 218-2100
Fax:     (703) 218-2160
Email:   Alex.Laughlin@ofplaw.com
         Douglas.Ross@ofplaw.com

*Counsel for Capital Bank, N.A.*

2.      ORDERED that Capital Bank shall file any Objection to the Lift Stay Motion by

May 13, 2024.

**[End of Order]**

**I ASK FOR THIS:**

CAPITAL BANK, N.A.

*/s/ Alexander M. Laughlin*
Alexander M. Laughlin (Bar ID: 484489)
F. Douglas Ross (Admitted Pro Hac Vice)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:  (703) 218-2100
Fax:     (703) 218-2160
Email:  Alex.Laughlin@ofplaw.com
          Douglas.Ross@ofplaw.com

Copies to: All counsel of record.

#5974971v2

2