The order below is hereby signed.

Signed: May 15 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **MATTHEW EDWARD SHKOR**, | ) | **Case No. 21-00041-ELG** |
| | ) | Chapter 7 |
| Debtor. | ) | |

### ORDER GRANTING CAPITAL BANK, N.A.'S MOTION FOR AN EXTENSION

The matter before the Court is the Unopposed Motion of Capital Bank, N.A. ("Capital Bank") for Extension of Time to File Objection to Lift Stay Motion. The Lift Stay Motion filed by Cornerstone Capital, LLC ("Cornerstone") was filed at Docket Number 208.

The Court having considered Capital Bank's Unopposed Motion, and good cause having been found, it is by the United States Bankruptcy Court for the District of Columbia, hereby:

1. ORDERED that the Capital Bank's Motion is GRANTED.

---

Alexander M. Laughlin (Bar ID: 484489)
F. Douglas Ross (Admitted Pro Hac Vice)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:　(703) 218-2100
Fax:　　(703) 218-2160
Email:　Alex.Laughlin@ofplaw.com
　　　　Douglas.Ross@ofplaw.com

*Counsel for Capital Bank, N.A.*

2. ORDERED that Capital Bank shall file any Objection to the Lift Stay Motion by May 13, 2024.

[**End of Order**]

**I ASK FOR THIS:**

CAPITAL BANK, N.A.

*/s/ Alexander M. Laughlin*
Alexander M. Laughlin (Bar ID: 484489)
F. Douglas Ross (Admitted Pro Hac Vice)
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Phone:  (703) 218-2100
Fax:     (703) 218-2160
Email: Alex.Laughlin@ofplaw.com
           Douglas.Ross@ofplaw.com

Copies to: All counsel of record.

#5974971v2

United States Bankruptcy Court

District of Columbia

In re:                                                                                                              Case No. 21-00041-ELG

Matthew Edward Shkor                                                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                  User: admin                                             Page 1 of 3

Date Rcvd: May 16, 2024              Form ID: pdf001                                  Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Matthew Edward Shkor, 1738 R Street, N.W., Washington, DC 20009-2410 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | AG's Enterprise, Inc., 1926 Martin Luther King Jr. Ave., SE, Suite 200, Washington, DC 20020-7010 |
| acc | + | Arthur Lander CPA PC, 300 N. Washington St., Suite 104, Alexandria, VA 22314-2530 |
| cr | + | CMX Construction Group LLC, 2356 Champlain St NW, Washington, DC 20009-2620 |
| cr | + | Christian G. Waller, 701 Cobblestone Boulevard, #305, Fredericksburg, VA 22401-6620 |
| cr | + | Cornerstone Capital, LLC, c/o Catherine Keller Hopkin, Esquire, Yumkas, Vidmar, Sweeney & Mulrenin, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| cr | + | Dila Development and Construction, LLC, 1200 Potomac Avenue, S.E., Washington, DC 20003-4116 |
| cr | + | Ferguson Enterprises, LLC, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| cr | + | Jason A. Pardoe, Pardoe Drazin, LLC, 4400 Jenifer Street NW, Suite 2, Washington, DC 20015-2089 |
| intp | + | MatCap, 125 West Street, 4th Floor, Annapolis, MD 21401-2897 |
| intp | + | VVS RI Development LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| cr | + | VVS RI Development LLC, c/o Benjamin P. Smith, Esq., Shulman Rogers, 12505 Park Potomac Ave., 6th Floor Potomac, MD 20854-6803 |
| cr | + | W. Bryan Cunningham, PO Box 1304, Alexandria, VA 22313-1304 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | May 16 2024 21:54:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | May 16 2024 21:51:27 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2024 21:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | May 16 2024 21:51:28 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | May 16 2024 21:54:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | May 16 2024 21:54:00 | Securities and Exchange Commission, Atlanta |

Case 21-00041-ELG    Doc 213    Filed 05/18/24    Entered 05/19/24 00:04:25    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdf001 | Total Noticed: 21 |

| smg | + Email/Text: USADC.BankruptcyNotices@usdoj.gov | | Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
|---|---|---|---|
| | | May 16 2024 21:54:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMC East, LLC |
| intp | | COMPASS CONCIERGE, LLC |
| intp | | COMPASS, INC. |
| cr | | Capital Bank, N.A. |
| intp | | Eileen Cowdery |
| cr | | Goldman Sachs Bank USA |
| aty | ##+ | McNamee Hosea, P.A., 6411 Ivy lane, Suite 200, Greenbelt, MD 20770-1405 |

TOTAL: 6 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Defendant Matthew Edward Shkor aeisler@e-hlegal.com mcghamilton@gmail.com |
| Alan D. Eisler | on behalf of Debtor Matthew Edward Shkor aeisler@e-hlegal.com mcghamilton@gmail.com |
| Alexander McDonald Laughlin | on behalf of Creditor Capital Bank N.A. alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Plaintiff Capital Bank N.A. alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| Benjamin P. Smith | on behalf of Creditor VVS RI Development LLC bsmith@shulmanrogers.com ctremper@shulmanrogers.com;CGold@shulmanrogers.com;RParadis@shulmanrogers.com |
| Bryan S. Ross | on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com |
| Bryan S. Ross | ysnore@aol.com bross@ecf.axosfs.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 16, 2024 | Form ID: pdf001 | Total Noticed: 21 |

Catherine Keller Hopkin
    on behalf of Plaintiff Cornerstone Capital  LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

Catherine Keller Hopkin
    on behalf of Defendant Cornerstone Capital  LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

Catherine Keller Hopkin
    on behalf of Creditor Cornerstone Capital  LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

Christopher J. Giaimo
    on behalf of Interested Party COMPASS CONCIERGE  LLC christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo
    on behalf of Interested Party COMPASS  INC. christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Darrell W. Clark
    on behalf of Trustee Bryan S. Ross darrell.clark@stinson.com  Siobhan.rudolph@stinson.com

James M Loots
    on behalf of Creditor CMX Construction Group LLC jloots@lootslaw.com

Jason Kutcher
    on behalf of Creditor Goldman Sachs Bank USA jason.kutcher@troutman.com  sharron.fay@troutman.com

Jeffrey M. Orenstein
    on behalf of Creditor Dila Development and Construction  LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jill Diane Caravaggio
    on behalf of Creditor Ferguson Enterprises  LLC jill@jill-lawoffice.net, paralegal@jill-lawoffice.net

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Lawrence J. Anderson
    on behalf of Creditor Capital Bank  N.A. landerson@nealon.com, landersonhome1@gmail.com

Maurice Belmont VerStandig
    on behalf of Interested Party VVS RI Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael N. Russo, Jr.
    on behalf of Interested Party MatCap Russo@councilbaradel.com abs@councilbaradel.com;aaw@councilbaradel.com;mnc@councilbaradel.com

Neil D Goldman
    on behalf of Creditor Christian G. Waller ngoldman@goldmanvanbeek.com

Richard E. Hagerty
    on behalf of Creditor Goldman Sachs Bank USA richard.hagerty@troutmansanders.com sharron.fay@troutmansanders.com;wlbank@troutman.com

Richard M. Sissman
    on behalf of Creditor BMC East  LLC rsissmanesq@his.com

Shawn C. Whittaker
    on behalf of Plaintiff AG's Enterprise  Inc. shawn@whittakermyers.com

Shawn C. Whittaker
    on behalf of Creditor AG's Enterprise  Inc. shawn@whittakermyers.com

Tiffany S. Franc
    on behalf of Plaintiff Cornerstone Capital  LLC tfranclegal@gmail.com, pgomez@yvslaw.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Valerie Edwards
    on behalf of Interested Party Eileen Cowdery valerie@antonlegal.com

TOTAL: 30