# EXHIBIT A

**Cornerstone**

| Principal | Interest Start Date | Interest Stop Date | Days of Interest Run | Payment Amount | Per Diem | Total Interest at Time of Payment | Reduction to Principle | Interest Remaining After Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| $ 1,583,473.95 | 4/16/2018 | 6/27/2018 | 73 | $ 5,205.47 | 219.93 | $ 16,054.67 | $ - | $ 10,849.20 | $ 1,594,323.15 |
| $ 1,583,473.95 | 6/28/2018 | 7/20/2018 | 23 | $ 8,219.18 | 219.93 | $ 15,907.52 | $ - | $ 7,688.34 | $ 1,591,162.29 |
| $ 1,583,473.95 | 7/21/2018 | 8/30/2018 | 41 | $ 9,123.28 | 219.93 | $ 16,705.34 | $ - | $ 7,582.06 | $ 1,591,056.01 |
| $ 1,583,473.95 | 8/31/2018 | 9/26/2018 | 27 | $ 8,630.13 | 219.93 | $ 13,520.09 | $ - | $ 4,889.96 | $ 1,588,363.91 |
| $ 1,583,473.95 | 9/27/2018 | 10/12/2018 | 16 | $ 8,630.14 | 219.93 | $ 8,408.79 | $ (221.35) | $ - | $ 1,583,252.60 |
| $ 1,583,252.60 | 10/13/2018 | 11/1/2018 | 20 | $ 9,383.55 | 219.90 | $ 4,397.92 | $ (4,985.63) | $ - | $ 1,578,266.97 |
| $ 1,578,266.97 | 11/2/2018 | 12/3/2018 | 32 | $ 8,739.71 | 219.20 | $ 7,014.52 | $ (1,725.19) | $ - | $ 1,576,541.78 |
| $ 1,576,541.78 | 12/4/2018 | 1/7/2019 | 35 | $ 9,945.20 | 218.96 | $ 7,663.74 | $ (2,281.46) | $ - | $ 1,574,260.33 |
| $ 1,574,260.33 | 1/8/2019 | 2/1/2019 | 25 | $ 9,013.69 | 218.65 | $ 5,466.18 | $ (3,547.51) | $ - | $ 1,570,712.82 |
| $ 1,570,712.82 | 2/2/2019 | 3/1/2019 | 28 | $ 8,821.92 | 218.15 | $ 6,108.33 | $ (2,713.59) | $ - | $ 1,567,999.23 |
| $ 1,567,999.23 | 3/2/2019 | 4/3/2019 | 33 | $ 9,767.11 | 217.78 | $ 7,186.66 | $ (2,580.45) | $ - | $ 1,565,418.78 |
| $ 1,565,418.78 | 4/4/2019 | 5/20/2019 | 47 | $ 9,767.13 | 217.42 | $ 10,218.71 | $ - | $ 451.58 | $ 1,565,870.36 |
| $ 1,565,870.36 | 5/21/2019 | 6/28/2019 | 39 | $ 9,452.05 | 217.48 | $ 8,481.80 | $ (970.25) | $ - | $ 1,564,900.10 |
| $ 1,564,900.10 | 6/29/2019 | 7/31/2019 | 33 | $ 9,452.05 | 217.35 | $ 7,172.46 | $ (2,279.59) | $ - | $ 1,562,620.51 |
| $ 1,562,620.51 | 8/1/2019 | 8/29/2019 | 29 | $ 9,767.12 | 217.03 | $ 6,293.89 | $ (3,473.23) | $ - | $ 1,559,147.28 |
| $ 1,559,147.28 | 8/30/2019 | 9/23/2019 | 25 | $ 9,657.52 | 216.55 | $ 5,413.71 | $ (4,243.81) | $ - | $ 1,554,903.47 |
| $ 1,554,903.47 | 9/24/2019 | 10/29/2019 | 36 | $ 9,643.83 | 215.96 | $ 7,774.52 | $ (1,869.31) | $ - | $ 1,553,034.15 |
| $ 1,553,034.15 | 10/30/2019 | 11/29/2019 | 31 | $ 8,465.74 | 215.70 | $ 6,686.67 | $ (1,779.07) | $ - | $ 1,551,255.09 |
| $ 1,551,255.09 | 11/30/2019 | 12/30/2019 | 31 | $ 8,520.55 | 215.45 | $ 6,679.01 | $ (1,841.54) | $ - | $ 1,549,413.55 |
| $ 1,549,413.55 | 12/31/2019 | 1/31/2020 | 32 | $ 8,767.11 | 215.20 | $ 6,886.28 | $ (1,880.83) | $ - | $ 1,547,532.73 |
| $ 1,547,532.73 | 2/1/2020 | 3/3/2020 | 32 | $ 8,219.18 | 214.94 | $ 6,877.92 | $ (1,341.26) | $ - | $ 1,546,191.47 |
| $ 1,546,191.47 | 3/4/2020 | 3/31/2020 | 28 | $ 11,776.02 | 214.75 | $ 6,012.97 | $ (5,763.05) | $ - | $ 1,540,428.42 |
| $ 1,540,428.42 | 4/1/2020 | 4/30/2020 | 30 | $ 4,854.11 | 213.95 | $ 6,418.45 | $ - | $ 1,564.34 | $ 1,541,992.76 |
| $ 1,541,992.76 | 5/1/2020 | 5/29/2020 | 29 | $ 7,547.94 | 214.17 | $ 7,775.15 | $ - | $ 227.21 | $ 1,542,219.96 |
| $ 1,542,219.96 | 5/30/2020 | 6/25/2020 | 27 | $ 8,068.48 | 214.20 | $ 6,010.53 | $ (2,057.95) | $ - | $ 1,540,162.01 |
| $ 1,540,162.01 | 6/26/2020 | 7/24/2020 | 29 | $ 8,068.49 | 213.91 | $ 6,203.43 | $ (1,865.06) | $ - | $ 1,538,296.95 |
| $ 1,538,296.95 | 7/25/2020 | 8/31/2020 | 38 | $ 7,808.21 | 213.65 | $ 8,118.79 | $ - | $ 310.58 | $ 1,538,607.53 |
| $ 1,538,607.53 | 9/1/2020 | 9/30/2020 | 30 | $ 8,589.04 | 213.70 | $ 6,721.44 | $ (1,867.60) | $ - | $ 1,536,739.94 |
| $ 1,538,607.53 | 10/1/2020 | 5/28/2024 | 1336 | $ - | 213.70 | $ 285,497.18 | $ - | $ 285,497.18 | $ 1,824,104.71 |
| | | | | $ 243,903.95 | | | | | |