IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| MATTHEW EDWARD SHKOR | * | Case No: 21-00041-ELG |
| | * | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CORNERSTONE CAPITAL, LLC | * | |
| Movant | * | |
| v. | * | |
| MATTHEW EDWARD SHKOR and BRYAN S. ROSS, CHAPTER 7 TRUSTEE | * | |
| | * | |
| Respondents | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

LINE FILING REPLACEMENT ORDER GRANTING
MOTION FOR RELIEF FROM AUTOMATIC STAY

Cornerstone Capital, LLC, by counsel, hereby files a replacement proposed Order Granting Motion for Relief from Automatic Stay (the "Proposed Order") which replaces the proposed order [Dkt. # 215] filed June 5, 2024. A copy of the Proposed Order will also be uploaded for the Court's consideration.

Dated: June 5, 2024

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 976744
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-0788
chopkin@yvslaw.com

Counsel for Cornerstone Capital, LLC

Catherine Keller Hopkin, 976744
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
(443) 569-0788
chopkin@yvslaw.com
Counsel for Cornerstone Capital, LLC

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June 2024, notice of filing the Line Filing Replacement Order Granting Motion for Relief from Automatic Stay was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list.

        /s/ Catherine Keller Hopkin
Catherine Keller Hopkin

**The following parties received CM/ECF notice of the filing:**

Lawrence J. Anderson, Esquire
(landerson@nealon.com)
Counsel for Capital Bank, N.A.
Nealon & Associates, P.C.
119 North Henry Street
Alexandria, Virginia  22314

Jill Diane Caravaggio, Esquire
(jill@jill-lawoffice.net)
Counsel for Ferguson Enterprises, LLC
8923 Fingerboard Road, Suite C
Frederick, Maryland  21704

Darrell W. Clark, Esquire
(darrell.clark@stinson.com)
Counsel for Chapter 7 Trustee
Stinson LLP
1775 Pennsylvania Ave NW, Suite 800
Washington, D.C.  20006

Valerie Edwards, Esquire
(valerie@antonlegal.com)
Counsel for Eileen Cowdery
Antonopolos & Associates
1725 DeSales Street NW, Suite 600
Washington, D.C.  20036

Alan D. Eisler, Esquire
(aeisler@e-hlegal.com)
Counsel for Debtor
Eisler Hamilton, LLC
1 Research Court, Suite 450
Rockville, Maryland  20850

Kristen S. Eustis, Esquire
(kristen.s.eustis@usdoj.gov)
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia  22314

Christopher J. Giaimo, Esquire
(christopher.giaimo@squirepb.com)
Counsel for Compass Concierge, LLC
Squire Patton Boggs
2550 M Street
Washington, D.C.  20037

Neil D Goldman, Esquire
(ngoldman@goldmanvanbeek.com)
Counsel for Christian G. Waller
Goldman & Van Beek, P.C.
510 King Street, Suite 416
Alexandria, Virginia  20854

Richard E. Hagerty, Esquire
(richard.hagerty@troutmansanders.com)
Counsel for Goldman Sachs Bank USA
Troutman Pepper Hamilton Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, D.C.  20004

Catherine Keller Hopkin, Esquire
(chopkin@yvslaw.com)
Counsel for Cornerstone Capital, LLC
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Jason Kutcher, Esquire
(jason.kutcher@troutmansanders.com)
Counsel for Goldman Sachs Bank USA
Troutman Pepper Hamilton Sanders LLP
401 9th Street, N.W., Suite 1000
Washington, D.C.  20004

Arthur P. Lander, CPA
(artlander@aol.com)
Arthur Lander CPA PC
300 North Washington Street, Suite 104
Alexandria, Virginia  22314

Alexander M. Laughlin, Esquire
(alex.laughlin@ofplaw.com)
Counsel for Capital Bank, N.A.
Odin, Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia  20190

Jeffrey M. Orenstein, Esquire
(jorenstein@wolawgroup.com)
Counsel for Dila Development
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, Maryland  20852

Bryan S. Ross, Chapter 7 Trustee
(ysnore@aol.com)
1776 K Street N.W., Suite 200
Washington, D.C.  20006-1222

Michael N. Russo, Jr., Esquire
(russo@councilbaradel.com)
Counsel for MatCap
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Post Office Box 2289
Annapolis, Maryland  21401

Richard M. Sissman, Esquire
(rsissmanesq@his.com)
Counsel for BMC East, LLC
Law Offices of Richard M. Sissman
1485 Chain Bridge Road, Suite 105
McLean, Virginia  22101

Benjamin P. Smith, Esquire
(bsmith@shulmanrogers.com)
Counsel for VVS RI Development LLC
Shulman Rogers Gandal Pordy & Ecker
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland  20854

Maurice Belmont VerStandig, Esquire
(mac@mbvesq.com)
Counsel for VVS RI Development LLC
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, Suite 665
Henderson, Nevada  89012

U. S. Trustee for Region Four
(ustpregion04.dc.ecf@usdoj.gov)
1725 Duke Street, Suite 650
Alexandria, Virginia  22314

Shawn C. Whittaker, Esquire
(shawn@whittaker-law.com)
Counsel for AG's Enterprise, Inc.
Whittaker & Associates, P.C.
1010 Rockville Pike, Suite 607
Rockville, Maryland  20852