The order below is hereby signed.

Signed: June 6 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| MATTHEW EDWARD SHKOR | * | Case No: 21-00041-ELG |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CORNERSTONE CAPITAL, LLC | * | |
| Movant | * | |
| v. | * | |
| MATTHEW EDWARD SHKOR | * | |
| and | | |
| BRYAN S. ROSS, CHAPTER 7 TRUSTEE | * | |
| Respondents | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic Stay (the "Motion") filed by Cornerstone Capital, LLC ("Cornerstone"), and any responses and/or objections thereto, after due notice and opportunity for hearing, it is, by the United States Bankruptcy Court for the District of Columbia, ORDERED:

1. That the Motion is GRANTED.

2. That pursuant to Section 362(d)(2) of the Bankruptcy Code, the automatic stay of 11 U.S.C. § 362 is hereby terminated as to Cornerstone with respect to its interests in the real property commonly known as 1738 R Street, N.W., Washington, D.C. 20009 (the "Property").

    3. That Cornerstone is hereby authorized to do any and take all acts necessary and/or proper to enforce its rights with respect to the Property, including but not limited to a foreclosure of the Property.

    4. That no additional order of the Court for further relief from the automatic stay is required in the event that Cornerstone needs to take legal action to obtain possession of the Real Property.

    5. That this Order is without prejudice to any rights or remedies any other lienholder has with respect to any future foreclosure of the Property and pursuant to any and all applicable foreclosure and/or state law.

WE ASK FOR THIS:


  /s/ Catherine Keller Hopkin
Catherine Keller Hopkin, 976744
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-0788
chopkin@vyslaw.com

Counsel for Cornerstone Capital, LLC



Copies to:

Catherine Keller Hopkin, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Bryan S. Ross, Trustee
1776 K Street N.W., Suite 200
Washington, D.C.  20006-1222

F. Douglas Ross, Esquire
Odin Feldman Pittleman PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia  20190

Alan D. Eisler. Esquire
Eisler Hamilton, LLC
1 Research Court, Suite 450
Rockville, Maryland  20850

Darrell W. Clark, Esquire
Tracey M. Ohm, Esquire
Stinson LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, D.C.  20006

Lawrence J. Anderson, Esquire
Nealson & Associates, PC
119 North Henry Street
Alexandria, Virginia  22314

All Creditors Requesting Notice

**END OF ORDER**