6/17/24, 4:31 PM  Professional Email :: U. S. Bankruptcy Court, District of Columbia - Returned Mail Notice, In re: Matthew Edward Shkor, Case Nu...

Case 21-00041-ELG    Doc 221    Filed 06/20/24    Entered 06/21/24 12:31:55    Desc Main
Document    Page 1 of 1

**usbankruptcycourts@noticingcenter.com**  6/17/2024 4:26 PM

# U.S. Bankruptcy Court, District of Columbia - Returned Mail Notice, In re: Matthew Edward Shkor, Case Number: 21-00041, ELG, Ref: [p-214464661]

To aeisler@e-hlegal.com

---

<u>Notice of Returned Mail to Debtor/Debtor's Attorney</u>

June 17, 2024

From: United States Bankruptcy Court, District of Columbia

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Matthew Edward Shkor, Case Number 21-00041, ELG



**FILED**
**JUN 2 0 2024**
Clerk, U.S. District and Bankruptcy Courts

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS <u>**ONLY IF**</u> YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**Washington, D.C.**</u>
<u>**E. Barrett Prettyman U. S. Courthouse**</u>
<u>**333 Constitution Ave, NW #1225**</u>
<u>**Washington, DC 20001**</u>

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

CMX Construction Group LLC
2356 Champlain St NW
Washington, DC 20009-2620

THE UPDATED ADDRESS IS:

1776 FLORIDA AVENUE, N.W.
WASHINGTON, D.C. 20009

_____
Signature of Debtor or Debtor's Attorney

6/17/24
Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

**RECEIVED**
Mail Room
**JUN 2 0 2024**
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia