## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:                                          )
                                                )
**MATTHEW EDWARD SHKOR**,        )          **Case No. 21-00041-ELG**
                                                )          Chapter 7
Debtor                                       )
                                                )

### NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Bankruptcy Rule 2091-1(c), Alexander M. Laughlin hereby gives notice that he is withdrawing as counsel to Capital Bank, N.A., and pursuant to LBR 2091-1(c), states as follows:

1. Capital Bank, N.A. is not a party to any pending contested matter or adversary proceeding.

2. The name and mailing address of the client is Capital Bank, N.A., One Church Circle, Suite 300, Rockville, Maryland 20805.

Dated: June 27, 2024                       Respectfully Submitted,

                                                     */s/ Alexander M. Laughlin*
                                                     Alexander M. Laughlin (Bar ID: 484489)
                                                     ODIN FELDMAN PITTLEMAN PC
                                                     1775 Wiehle Ave., Suite 400
                                                     Reston, VA 20190
                                                     Phone:  (703) 218-2100
                                                     Fax:    (703) 218-2160
                                                     Email:  Alex.Laughlin@ofplaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2024, a copy of this Notice of Withdrawal as Counsel was served on all counsel of record via electronic notification through this Court's CM/ECF system and also on:

Capital Bank, N.A.
One Church Circle, Suite 300
Annapolis, MD 20850

Mathew Edward Shkor
1738 R Street, N.W.
Washington, D.C. 20009

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA  22314

                                                     */s/ Alexander M. Laughlin*
                                                     Alexander M. Laughlin

#6011188v1 049798/000069