| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Matthew Edward Shkor** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7955 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | |
| Case number: | 21–00041–ELG | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew Edward Shkor

9/17/24    **By the court:** Elizabeth L. Gunn
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Columbia

In re:     Case No. 21-00041-ELG

Matthew Edward Shkor     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 6

Date Rcvd: Sep 17, 2024     Form ID: 318     Total Noticed: 132

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Matthew Edward Shkor, 1738 R Street, N.W., Washington, DC 20009-2410 |
| aty | + | Darrell W. Clark, Stinson LLP, 1775 Pennsylvania Avenue, NW, Suite 800, Washington, DC 20006-4760 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| cr | + | AG's Enterprise, Inc., 1926 Martin Luther King Jr. Ave., SE, Suite 200, Washington, DC 20020-7010 |
| acc | + | Arthur Lander CPA PC, 300 N. Washington St., Suite 104, Alexandria, VA 22314-2530 |
| cr | + | Christian G. Waller, 701 Cobblestone Boulevard, #305, Fredericksburg, VA 22401-6620 |
| cr | + | Jason A. Pardoe, Pardoe Drazin, LLC, 4400 Jenifer Street NW, Suite 2, Washington, DC 20015-2089 |
| intp | + | MatCap, 125 West Street, 4th Floor, Annapolis, MD 21401-2897 |
| cr | + | VVS RI Development LLC, c/o Benjamin P. Smith, Esq., Shulman Rogers, 12505 Park Potomac Ave., 6th Floor Potomac, MD 20854-6803 |
| cr | + | W. Bryan Cunningham, PO Box 1304, Alexandria, VA 22313-1304 |
| 751008 | + | 1311 R Street, NW, L.L.C., 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751330 | + | AG's Enterprise, Inc., 1926 Martin Luther King, Jr., SE, Ste. 2, Washington, DC 20020-7010 |
| 751010 | + | AGS Engineering, 2425 Wilson Blvd. # 404, Arlington, VA 22201-3326 |
| 751009 | + | Adam Laughin Crain, 7840 NE 122nd Place, Kirkland, WA 98034-5839 |
| 751011 | + | Alison Mullins, Shannon Mullins & Wright LLP, 124 S. Royal Street, Alexandria, VA 22314-3328 |
| 761937 | + | Arlington County, Virginia, Office of the Treasurer, Compliance Division, 2100 Clarendon Blvd., Suite 217, Arlington, VA 22201-5447 |
| 751789 | | BMC East LLC, 100 Shockoe Slip, Floor 2, Richmond, VA 23219-4100 |
| 751017 | + | BMC East, LLC, 8020 Arco Corporate Drive, Suite 400, Raleigh NC 27617-2037 |
| 751012 | + | Benjamin Smith, Shulman Rogers, 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854-6803 |
| 751013 | + | Benjamin Smith, Trustee, Shulman Rogers, 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854-6803 |
| 751014 | + | Bernard S. Grimm, The Law Office of Bernard Grimm, 409 7th Street, N.W., Suite 300, Washington, DC 20004-2317 |
| 751015 | + | Bizhan Beiramee, Beiramee Law Group, P.C., 7508 Wisconsin Avenue, 2nd Floor, Bethesda, MD 20814-3561 |
| 779094 | + | CMX Construction Group LLC, c/o James M. Loots, LootsLaw PC, 634 G Street SE Ste 200, Washington DC 20003-2730 |
| 752311 | | CMX Construction Group LLC, 1776 Florida Avenue, NW., Washington, DC 20009 |
| 751019 | + | Capital Bank, 2275 Research Blvd., Suite 600, Rockville, MD 20850-6238 |
| 751441 | + | Capital Bank, NA, 2275 Research Boulevard, Suite 600, Rockville, MD 20850-6238 |
| 751020 | + | Casey Taylor Patten, Patten Holdings, LLC, 1252 Maryland Avenue, N.E., Washington, DC 20002-8635 |
| 751021 | + | Charles Madison Warren III, 20 Huntington Drive, Clarksville, TN 37043-5823 |
| 752592 | + | Chirag Patel, 10805 Piney Meetinghouse Road, Potomac, MD 20854-1308 |
| 751022 | + | Chirag Patel, 12150 Annapolis Road, Suite 111, Glenn Dale, MD 20769-9183 |
| 751023 | + | Christian G. Waller, 701 Cobblestone Blvd., Unit 305, Fredericksburg, VA 22401-6620 |
| 753968 | + | Christian G. Waller, c/o Neil D. Goldman, 510 King Street, Suite 416, Alexandria, VA 22314-3132 |
| 753914 | + | Christine S. Ramapuram, Ramapuram Law PLC, 10529-B Braddock Road, Fairfax, VA 22032-2245 |
| 751024 | + | Christopher L. Meazell, Potomac Law Group, 1300 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004-3024 |
| 754001 | + | City Permit, 3191 Grand Ave #188, Miami, FL 33133-5103 |
| 751780 | + | Compass Concierge, 90 Fifth Avenue, 3rd Floor, New York NY 10011-7624 |
| 751720 | + | Compass Real Estate, 1313 14th Street NW, Washington, DC 20005-3610 |

Case 21-00041-ELG   Doc 224   Filed 09/19/24   Entered 09/20/24 00:05:31   Desc
Imaged Certificate of Notice   Page 4 of 8

| District/off: 0090-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: 318 | Total Noticed: 132 |

| | | |
|---|---|---|
| 752152 | + | Compass, Inc., c/o Christopher J. Giaimo, Esq., 2550 M Street, N.W., Washington, DC 20037-1301 |
| 753768 | + | Cornerstone Capital LLC, c/o Catherine Keller Hopkin, Esquire, Yumkas, Vidmar, Sweeney & Mulrenin, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| 751025 | + | Cornerstone Capital Lending, 7101 Wisconsin Avenue, Suite 600, Bethesda, MD 20814-4805 |
| 760079 | + | DC GOV'T OFFICE OF TAX AND REVENUE, P.O. Box 75520, Washington, DC 20013-0520 |
| 751028 | + | David A. Dopsoyle, Lasa, Monroig & Veve, LLP, 1250 Connecticut Avenue, N.W., Suite 700, Washington, DC 20036-2657 |
| 751029 | + | David Bloom, 124 S. Royal Street, Alexandria, VA 22314-3328 |
| 753954 | + | Dila Development And Construction LLC, c/o Jeffrey M. Orenstein, Esq., 15245 Shady Grove Rd, Suite 465, Rockville, MD 20850-7203 |
| 751030 | + | Dila Development and Construction, LLC, 1200 Potomac Avenue, S.E., Washington, DC 20003-4116 |
| 751032 | + | District of Columbia, 1350 Pennsylvania Avenue, N.W., Washington, DC 20004-3003 |
| 751031 | + | District of Columbia, 441 4th Street, N.W., Washington, DC 20001-2714 |
| 751033 | + | EagleBank, 6010 Executive Blvd., Suite 800, Rockville, MD 20852-3815 |
| 753985 | + | Eli Hoory, 513 Kenyon St., NW, Unit B, Washington DC 20010-2907 |
| 751035 | | Eric Hirshfeld, 2294 Champlain Street, N.W., Washington, DC 20009-2618 |
| 751884 | + | Factotum Remodeling Ventures, 11401 Grandview Avenue, Suite 6, Silver Spring, MD 20902-2712 |
| 751886 | + | Fazio Brothers Investment, Fazio and Associates, P.O. Box 1405, Mt. Pleasant, SC 29465-1405 |
| 751037 | + | Ferguson Enterprises, P.O. Box 2778, 12500 Jefferson Avenue, Newport News, VA 23602-4314 |
| 751038 | + | Ferguson Enterprises, LLC, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| 752700 | + | Genesis Capital Attn David Ferguson, Finance, 15303 Ventura Blvd, Suite 700, Sherman Oaks, CA 91403-3197 |
| 755022 | + | Global Debt Solutions, Inc. Agent, 2295 Corporate Blvd. NW, Suite 120, Boca Raton FL 33431-7323 |
| 751041 | + | IAGI, Inc., Jesse Tarr, 3191 Grand Avenue, Suite 188, Miami, FL 33133-5103 |
| 751042 | + | Ian Gill Thomas, Offit Kurman, 1325 G Street, N.W., Suite 500, Washington, DC 20005-3136 |
| 751045 | + | Jacob A. Ginsberg, Trustee, Bregman, Berbert, Schwartz & Gilday, LLC, 7315 Wisconsin Avenue, Suite 800 West, Bethesda, MD 20814-3217 |
| 751046 | + | James M. Loots, Law Offices of James M. Loots PC, 634 G Street, SE, Suite 200, Washington, DC 20003-2730 |
| 751047 | + | Jamie A. Mastandrea, Jamie A. Mastandrea, P.C., 5200-B Rolling Road, Burke, VA 22015-4696 |
| 751048 | | Jared Alexander Crain, 919 Heathgate Road, Knoxville, TN 37922-4392 |
| 751049 | + | Jason A. Pardoe, Trustee, Pardoe Drazin, LLC, 4400 Jenifer Street NW, Suite 2, Washington, DC 20015-2089 |
| 753913 | + | Jason Goozh, Manager Blue Water Funding, 350 Fortune Terrace, 2nd Floor, Rockville, MD 20854-2989 |
| 751050 | + | Jill Carravaggio, 11116 Innsbrook Way, Suite B, Ijamsville, MD 21754-9058 |
| 751051 | + | Joanie Kreger, Trustee, Capital Bank, 2275 Research Blvd, Suite 600, Rockville MD 20850-6238 |
| 752704 | + | John Capetanakis - Lastos Finance LLC, 2116 S Kent St, Arlington VA 22202-2126 |
| 751053 | + | John E. Skhor, Jr., Trustee, 242 S. Washington Blvd. # 234, Sarasota, FL 34236-6943 |
| 751055 | + | Kanaiyalal Patel, 12150 Annapolis Road, Suite 111, Glenn Dale, MD 20769-9183 |
| 751888 | + | Kevin Anderson, Standard Title Group, 1808 Florida Avenue, N.W ., Washington, D.C. 20009-1709 |
| 751056 | + | Kimberly Casey, Washington Fine Properties LLC, 1604 14th Street NW, Washington DC 20009-4307 |
| 751057 | + | Kristine M. Maher, Graydon Head & Ritchey LLP, 312 Walnut Street, Suite 1800, Cincinnati, OH 45202-3157 |
| 751059 | + | Lawrence John Anderson, Nealon & Associates, P.C., 119 N. Henry Street, Alexandria, VA 22314-2903 |
| 751061 | + | Margaret M. Marks, F. Douglas Ross, Odin, Feldman & Pittleman, P.C., 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 752153 | + | Meghan Towers, Associate General Counsel, 901 Fifth Ave, 3rd Floor, New York, NY 10021-4157 |
| 751062 | + | Michael Hines, 638 Princeton Place, N.W., Washington, DC 20010-1605 |
| 751063 | + | Michael J. Brammick, Brammick Creed, 4520 East West Highway, Suite 700, Bethesda, MD 20814-6907 |
| 751639 | + | Michael J. Lichtenstein, Esquire, Shulman Rogers Gandal Pordy & Ecker, PA, 12505 Park Potomac Avenue, 6th Fl, Potomac MD 20854-6803 |
| 752703 | + | Michael N. Russo Jr. Esquire, 125 West St, 4th Fl, Annapolis MD 21401-2897 |
| 751064 | + | Mid South Building Supply, Inc., 7940 Woodruff Court, Springfield, VA 22151-2122 |
| 751065 | + | Phillip Skillman, 3925 5th Street, N.W., Washington, DC 20011-5921 |
| 751066 | + | Pino's Construction Corporation, 6820 Annapolis Rock Road, Woodbine, MD 21797-7600 |
| 751067 | + | Potomac Construction 1525 P Street, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751068 | + | Potomac Construction 1602, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751069 | + | Potomac Construction 1906 Biltmore LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751070 | + | Potomac Construction Biltmore, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751071 | + | Potomac Construction Design/Build, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751072 | + | Potomac Construction Flats, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751073 | + | Potomac Construction Group of DC, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 761938 | + | Potomac Construction Group of VA, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751074 | + | Potomac Construction Group of Virginia, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751075 | + | Potomac Construction Lowell LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751076 | + | Potomac Development 3117 35th Street LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751077 | + | Potomac Development Holdings, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751079 | + | Potomac Kingman, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751080 | + | Quincy Street Townhomes I, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751081 | + | Quincy Street Townhomes II, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |

Case 21-00041-ELG   Doc 224   Filed 09/19/24   Entered 09/20/24 00:05:31   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0090-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: 318 | Total Noticed: 132 |

| | | |
|---|---|---|
| 751082 | + | Richard E. Hagerty, Mary C. Zinsner, Troutman Pepper Hamilton Sanders LLP, 401 9th Street, N.W., Suite 1000, Washington, DC 20004-2146 |
| 751083 | + | Richard M. Sissman, Fracassi, Mahdavi, Sissman & Rand LLP, 600 Jefeson Plaza, Suite 308, Rockville, MD 20852-1161 |
| 752305 | + | Ross Marguilies, 1302 Stratton Avenue, Nashville TN 37206-2718 |
| 751085 | + | Sara A. Clasper, Shulman Rogers, et al., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854-6803 |
| 753758 | + | Seth W Diamond, One Research Court, Suite 450, Rockville, MD 20850-6252 |
| 751384 | + | Shawn C. Whittaker, Esq., 1010 Rockville Pike, Suite 607, Rockville MD 20852-1475 |
| 751086 | + | Shkor Family Trust, c/o John E. Shkor, Jr., Trustee, 242 S. Washington Blvd. # 234, Sarasota, FL 34236-6943 |
| 751087 | + | Shkor Legacy Trust, c/o John E. Shkor, Jr., Trustee, 242 S. Washington Blvd. # 234, Sarasota, FL 34236-6943 |
| 751088 | + | Sidharth Dugar, 508 Lost Acre Lane, Great Falls, VA 22066-3010 |
| 751089 | + | TPC 1522 Rhode Island, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751885 | + | Tom Hardy, 1334 Vermont Avenue, N.W., Washington, D.C. 20005-3607 |
| 751887 | + | Trent Heminger, Trent & Co., 5471 Wisconsin Avenue, N.W., Chevy Chase, MD 20815-3546 |
| 752069 | + | VVS RI Development LLC, c/o Benjamin P. Smith, Esq., Shulman Rogers, 12505 Park Potomac Ave., 6th Flr, Potomac, MD 20854-6803 |
| 754836 | + | VVS RI Development LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 752092 | + | VVS RI Development LLC, c/o Srinivas Chavali, 13872 Rembrandt Way, Chantilly VA 20151-3256 |
| 752309 | | W. Bryan Cunningham and Fairleigh Cunningham, P.O. Box 1304, Alexandria, VA 22313-1304 |
| 751091 | + | William B. Cunningham, Farleigh Cunningham, P.O. Box 1304, Alexandria, VA 22313-1304 |
| 751092 | + | William Forrest Crain, 43414 Mountcastle Drive, Chantilly, VA 20152-2585 |
| 752308 | + | Wm Bryan Cunningham and Farleigh Cunningham, c/o James M. Loots, Esq., LootsLaw PC, 634 G Street SE Ste 200, Washington DC 20003-2730 |
| 753697 | + | Yoshie Haga, 7307 Eldorado Street, McLean, VA 22102-2904 |

TOTAL: 117

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: DCGOVT | Sep 18 2024 01:54:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 17 2024 21:51:01 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 17 2024 21:49:38 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Sep 17 2024 21:49:39 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 17 2024 21:51:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 753770 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 22:01:46 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 751018 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 17 2024 22:00:38 | Capital Bank, One Church Street, Rockville, MD 20850-4158 |
| 751026 | + | EDI: DCGOVT | Sep 18 2024 01:54:00 | D.C. Office of Tax and Revenue, 1101 4th Street, S.W. # 270, Washington, DC 20024-4457 |
| 751026 | + | Email/Text: angela.coleman@dc.gov | Sep 17 2024 21:51:01 | D.C. Office of Tax and Revenue, 1101 4th Street, S.W. # 270, Washington, DC 20024-4457 |
| 760073 | ^ | MEBN | Sep 17 2024 21:49:41 | DC GOV'T OFFICE OF TAX AND REVENUE, P.O. Box 37559, Washington, DC 20013-7559 |
| 751039 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 17 2024 21:51:00 | Goldman Sachs Bank USA, 200 West Street, New York, NY 10282-2198 |
| 751043 | | EDI: IRS.COM | Sep 18 2024 01:54:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 751054 | | EDI: JPMORGANCHASE | | |

Case 21-00041-ELG   Doc 224   Filed 09/19/24   Entered 09/20/24 00:05:31   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0090-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: 318 | Total Noticed: 132 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | Sep 18 2024 01:54:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 751058 | Email/Text: john@lastosllc.com | Sep 17 2024 21:51:00 | Lastos Finance LLC, 2116 S. Kent Street, Arlington, VA 22202-2126 |
| 752702 | Email/Text: john@lastosllc.com | Sep 17 2024 21:51:00 | Lastos Finance, LLC, c/o John Capetanakis, 2116 S. Kent St, Arlington, VA 22202 |
| 752442 | EDI: AIS.COM | Sep 18 2024 01:54:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 752499 | + EDI: AIS.COM | Sep 18 2024 01:54:00 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMC East, LLC |
| intp | | COMPASS CONCIERGE, LLC |
| intp | | COMPASS, INC. |
| cr | | Capital Bank, N.A. |
| intp | | Eileen Cowdery |
| cr | | Goldman Sachs Bank USA |
| 752656 | | Goldman Sachs Bank USA |
| cr | * | CMX Construction Group LLC, 1776 Florida Avenue, NW., Washington, DC 20009 |
| cr | *+ | Cornerstone Capital, LLC, c/o Catherine Keller Hopkin, Esquire, Yumkas, Vidmar, Sweeney & Mulrenin, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| cr | *+ | Dila Development and Construction, LLC, 1200 Potomac Avenue, S.E., Washington, DC 20003-4116 |
| cr | *+ | Ferguson Enterprises, LLC, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| intp | *+ | VVS RI Development LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 751926 | * | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 751078 | *+ | Potomac Development Holdings, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| aty | ##+ | McNamee Hosea, P.A., 6411 Ivy lane, Suite 200, Greenbelt, MD 20770-1405 |
| 751016 | ##+ | Blue Water Funding, LLC, 350 Fortune Terrace, 2nd Floor, Rockville, MD 20854-2989 |
| 751027 | ##+ | Daryl Judy, 1443 Q Street, N.W., Washington, DC 20009-3807 |
| 751034 | ##+ | Elizabeth A. Laffoon, c/o The Law Offices of John E. Reid PLLC, 5335 Wisconsin Ave., N.W., Suite 700, Washington, DC 20015-2056 |
| 751036 | ##+ | Eversley Sifontes, 1726 19th Street, N.W., Apt. 23, Washington, DC 20009-1664 |
| 751040 | ##+ | Gregory Brennan, 11510 Dona Dorotea Drive, Studio City, CA 91604-4249 |
| 751044 | ## | Intown Development, Attn: Eric Hirshfeld, 1734 20th Street, N.W., Washington, DC 20009-1105 |
| 751052 | ##+ | John E. Reid, Law Offices of John E. Reid, 5335 Wisconsin Avenue, N.W., Suite 700, Washington, DC 20015-2056 |
| 751060 | ##+ | Mahmoud Sabouri-Yazdi and Batoul Sabouri-Yazdi, 22019 Millwick Terrace, Broadlands, VA 20148-6024 |
| 751084 | ##+ | Ross David Margulies, 433 Quincy Street, N.W., Washington, DC 20011-5929 |
| 751090 | ##+ | Whitaker Meyers, 1010 Rockville Pike, Suite 607, Rockville, MD 20852-1475 |

TOTAL: 7 Undeliverable, 7 Duplicate, 11 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Sep 17, 2024 | Form ID: 318 | Total Noticed: 132 |
| Date: Sep 19, 2024 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Alan D. Eisler
  on behalf of Defendant Matthew Edward Shkor aeisler@e-hlegal.com mcghamilton@gmail.com

Alan D. Eisler
  on behalf of Debtor Matthew Edward Shkor aeisler@e-hlegal.com mcghamilton@gmail.com

Alexander McDonald Laughlin
  on behalf of Plaintiff Capital Bank N.A. alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Arthur P. Lander
  on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com

Benjamin P. Smith
  on behalf of Creditor VVS RI Development LLC bsmith@shulmanrogers.com ctremper@shulmanrogers.com;kdiaz@shulmanrogers.com;sevans@shulmanrogers.com

Bryan S. Ross
  on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com

Bryan S. Ross
  ysnore@aol.com bross@ecf.axosfs.com

Catherine Keller Hopkin
  on behalf of Plaintiff Cornerstone Capital LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

Catherine Keller Hopkin
  on behalf of Defendant Cornerstone Capital LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

Catherine Keller Hopkin
  on behalf of Creditor Cornerstone Capital LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com

Christopher J. Giaimo
  on behalf of Interested Party COMPASS CONCIERGE LLC christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo
  on behalf of Interested Party COMPASS INC. christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Darrell W. Clark
  on behalf of Trustee Bryan S. Ross darrell.clark@stinson.com Siobhan.rudolph@stinson.com

James M Loots
  on behalf of Creditor CMX Construction Group LLC jloots@lootslaw.com

Jason Kutcher
  on behalf of Creditor Goldman Sachs Bank USA jason.kutcher@troutman.com sharron.fay@troutman.com

Jeffrey M. Orenstein
  on behalf of Creditor Dila Development and Construction LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jill Diane Caravaggio
  on behalf of Creditor Ferguson Enterprises LLC jill@jill-lawoffice.net, paralegal@jill-lawoffice.net

Kristen S. Eustis
  on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Lawrence J. Anderson
  on behalf of Creditor Capital Bank N.A. landerson@nealon.com, landersonhome1@gmail.com

Maurice Belmont VerStandig
  on behalf of Interested Party VVS RI Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 6 of 6 |
| Date Rcvd: Sep 17, 2024 | Form ID: 318 | Total Noticed: 132 |

Michael N. Russo, Jr.
    on behalf of Interested Party MatCap Russo@councilbaradel.com abs@councilbaradel.com;aaw@councilbaradel.com;mnc@councilbaradel.com

Neil D Goldman
    on behalf of Creditor Christian G. Waller ngoldman@goldmanvanbeek.com

Richard E. Hagerty
    on behalf of Creditor Goldman Sachs Bank USA richard.hagerty@troutmansanders.com sharron.fay@troutmansanders.com;wlbank@troutman.com

Richard M. Sissman
    on behalf of Creditor BMC East  LLC rsissmanesq@his.com

Shawn C. Whittaker
    on behalf of Plaintiff AG's Enterprise  Inc. shawn@whittakermyers.com

Shawn C. Whittaker
    on behalf of Creditor AG's Enterprise  Inc. shawn@whittakermyers.com

Tiffany S. Franc
    on behalf of Plaintiff Cornerstone Capital  LLC tfranclegal@gmail.com, pgomez@yvslaw.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Valerie Edwards
    on behalf of Interested Party Eileen Cowdery valerie@antonlegal.com

TOTAL: 29