**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

IN RE: )
)
) Chapter 7
MATTHEW EDWARD SHKOR ) Case No. 21-00041
)
Debtor, )
) Asset Case
_____ )

## REPORT OF ADMINISTRATION IN REASSIGNED CASE

Wendell W. Webster, having been appointed as successor trustee by the United States Trustee on February 14, 2025, following the resignation of Chapter 7 Trustee, Bryan S. Ross, provides this report and accounting of the prior trustee's administration of this case pursuant to FRBP 2012(b). All estate records and funds have been transmitted to Wendell W. Webster, the Successor Trustee.

| | AMOUNT RECIEVED |
|---|---:|
| Gross Receipts | $50,053.02 |
| Less Funds Paid to Debtor | $0.00 |
| Exemptions | $0.00 |
| Funds Paid to 3rd Parties | $0.00 |
| **Net Receipts** | **$50,053.02** |

| | AMOUNT PAID |
|---|---:|
| PRIORITY CLAIMS: | $0.00 |
| CHAPTER 7 ADMINISTRATIVE FEES § 507(A)(1) AND CHARGES UNDER TITLE 28, CHAPTER 123: | $0.00 |
| Trustee Fees | $0.00 |
| Trustee Expenses | $0.00 |
| Bank Fees | $0.00 |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES** | **$0.00** |
| Disbursed to Successor Trustee By Bryan S. Ross, Trustee 1825 K Street, NW, Suite 200 Washington, DC 20006 | $50,053.02 |
| **TOTAL DISBURSEMENTS** | **$50,053.02** |
| **FUNDS RECEIVED BY SUCCESSOR TRUSTEE** | **$50,053.02** |

Dated: April 15, 2025

*/s/ Wendell W. Webster*
Wendell W. Webster
CHAPTER 7 TRUSTEE
1101 Conn. Ave., NW, Suite 402
Washington, DC 20036
(202) 659-8510
*wwebster@websterfredrickson.com*