**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 21-00041 | ELG | Judge: ELIZABETH L GUNN | Trustee Name: | BRYAN S. ROSS CHAPTER 7 TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SHKOR, MATTHEW EDWARD | | | Date Filed (f) or Converted (c): | 02/05/21 (f) |
| | | | | 341(a) Meeting Date: | 03/11/21 |
| For Period Ending: 02/18/25 | | | | Claims Bar Date: | 05/27/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1738 R Street, N.W. Washington DC 20009-0000, Sing | 3,495,000.00 | 0.00 | | 0.00 | FA |
| 2. Master bedroom: king bed ($100),2 table lamps $160 | 4,860.00 | 0.00 | | 0.00 | FA |
| 3. Lap top computer ($300), 2 Apple TV's ($50) | 350.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Wedding ring | 50.00 | 0.00 | | 0.00 | FA |
| 6. Dog | 0.00 | 0.00 | | 0.00 | FA |
| 7. Bank of America | 50.00 | 0.00 | | 0.00 | FA |
| 8. Potomac Development 1602 Vermont, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 9. Potomac Construction Biltmore, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10. Potomac Construction Group of DC, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 11. Potomac Architects, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12. Potomac Construction Design/Build, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13. 1311 R Street, NW, L.L.C. (revoked) | 0.00 | 0.00 | | 0.00 | FA |
| 14. Matcap, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15. MJ Development LLC | 0.00 | 0.00 | | 0.00 | FA |
| 16. Recap, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17. Potomac Construction 1525 P Street, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 18. Potomac Development 3117 35th Street, LLC (revoked | 0.00 | 0.00 | | 0.00 | FA |
| 19. Quincy Street Townhomes I, LLC (revoked) | 0.00 | 0.00 | | 0.00 | FA |
| 20. Quincy Street Townhomes II, LLC (revoked) | 0.00 | 0.00 | | 0.00 | FA |
| 21. Potomac Construction 1753 Willard, LLC (revoked) | 0.00 | 0.00 | | 0.00 | FA |
| 22. Potomac Construction Group of Virginia, LLC (revok | 0.00 | 0.00 | | 0.00 | FA |
| 23. Potomac Construction Flats, LLC (revoked) | 0.00 | 0.00 | | 0.00 | FA |
| 24. Potomac Construction Lowell, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 25. Potomac Development Kenyon Street, LLC (revoked) | 0.00 | 0.00 | | 0.00 | FA |

Case 21-00041-ELG   Doc 228-1   Filed 04/15/25   Entered 04/15/25 15:10:05   Desc
Exhibit Form 1   Page 2 of 3

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

| Case No: | 21-00041 ELG   Judge: ELIZABETH L GUNN | Trustee Name: | BRYAN S. ROSS  CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | SHKOR, MATTHEW EDWARD | Date Filed (f) or Converted (c): | 02/05/21 (f) |
| | | 341(a) Meeting Date: | 03/11/21 |
| | | Claims Bar Date: | 05/27/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Kenyon Court 2, LLC (revoked) | 0.00 | 0.00 | | 0.00 | FA |
| 27. Potomac Construction 1906 Biltmore, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 28. Principal Life Insurance Company term life insuran | 0.00 | 0.00 | | 0.00 | FA |
| 29. Mass Mutual term life insurance, Beneficiary: Tanj | 0.00 | 0.00 | | 0.00 | FA |
| 30. BlueCross Blue Shield health insurance, Beneficiar | 0.00 | 0.00 | | 0.00 | FA |
| 31. Desk ($200), Chair ($100), lamps ($80) | 380.00 | 80.00 | | 0.00 | FA |
| 32. 9019 settlement (u) | 0.00 | 13,000.00 | | 13,000.00 | FA |
| Per Court Order See docket number 124 and motion number 130 | | | | | |
| 33. 9019 settlement (u) | 0.00 | 12,000.00 | | 12,000.00 | FA |
| Per Court Order | | | | | |
| 34. Potomac Construction 1522 Rhode Island Ave NE (u) | 0.00 | 49,431.64 | | 49,541.92 | FA |
| Per confirmed chapter 11 plan, remaining proceeds after sale of real property in the case of Potomac Construction 1522 Rhode Island Ave NE Case #21-00153 | | | | | |
| 35. Potomac Construction 1522 Rhode Island Ave NE (u) | 0.00 | 15,000.00 | | 0.00 | FA |
| 7-8-22 Attorney Justin Fasano has filed a motion to reopen the chapter 11. It has come to the trustee's attention that the debtor may be entitled to certain property taxes paid at closing. These monies under the plan flow directly to the Matthew Shkor case. | | | | | |
| 36. Chase Auto Finance (u) | 0.00 | 685.00 | | 685.00 | FA |
| Refund based on waiver of repossessions fees. | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $3,501,690.00        $90,196.64        $75,226.92        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 22.07n

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

| | | |
|---|---|---|
| Case No: | 21-00041 ELG Judge: ELIZABETH L GUNN | Trustee Name: BRYAN S. ROSS CHAPTER 7 TRUSTEE |
| Case Name: | SHKOR, MATTHEW EDWARD | Date Filed (f) or Converted (c): 02/05/21 (f) |
| | | 341(a) Meeting Date: 03/11/21 |
| | | Claims Bar Date: 05/27/21 |

3/15/22   9019 motion filed re preference action

3/15/22   Motion to sell real property filed, objections due by 4/4/22

4-11-22   Trustee withdrew TFR per request of creditor Cornerstone Capital until resolution of adversary action 21-10012

3/15/23   Trial of adversary, taken under advisement with briefs to be filed March 2023

3/27/24   TFR to be filed pending the outcome of the appeal taken in adversary action 21-10012

Initial Projected Date of Final Report (TFR): 12/31/21          Current Projected Date of Final Report (TFR): 07/30/25

LFORM1

Ver: 22.07n