# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 21-00041 -ELG | |
| Case Name: | SHKOR, MATTHEW EDWARD | |
| | | |
| Taxpayer ID No: | *******4833 | |
| For Period Ending: | 02/18/25 | |

| | |
|---|---|
| Trustee Name: | BRYAN S. ROSS  CHAPTER 7 TRUSTEE |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0280  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 3,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/21 | 32 | Shkor Family Trust | 9019 motion and order - <br> See docket number 124 and motion number 130 | 1249-000 | 13,000.00 | | 13,000.00 |
| 08/17/21 | 33 | Shkor Family Trust | 9019 motion and order <br> See docket number 124 and motion number 130 | 1249-000 | 12,000.00 | | 25,000.00 |
| 09/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 12.47 | 24,987.53 |
| 10/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 26.70 | 24,960.83 |
| 11/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 27.56 | 24,933.27 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 26.64 | 24,906.63 |
| 12/02/21 | 007001 | Selzer Gurvitch Rabin <br> 4416 East West Hwy <br> Suite 400 <br> Bethesda, MD 20814 | ATTORNEY FEES <br> de# 152 | 3210-000 | | 24,850.00 | 56.63 |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 6.26 | 50.37 |
| 03/03/22 | 34 | Potomac Construction 1522 RI Ave NE | Sales proceeds of 1522 RI Ave NE <br> Per confirmed chapter 11 plan, remaining proceeds <br> after sale of real property in the case of Potomac <br> Construction <br>  1522 Rhode  Island Ave NE  Case #21-00153 | 1249-000 | 49,431.64 | | 49,482.01 |
| 03/04/22 | 007002 | Selzer Gurvitch Rabin <br> 4416 East West Hwy <br> Suite 400 <br> Bethesda, MD 20814 | ATTORNEY FEES <br> Remaining monies ower re fee application | 3210-000 | | 150.00 | 49,332.01 |
| 03/07/22 | | Potomac Construction 1522 RI Ave | 1522 RI Ave NE | 1249-003 | 49,431.64 | | 98,763.65 |
| 03/07/22 | | Potomac Construction 1522 RI Ave | 1522 RI Ave NE | 1249-003 | -49,431.64 | | 49,332.01 |
| 04/14/22 | 34 | Premium Title & Escrow LLC | Refund Recording Fee | 1210-003 | 110.28 | | 49,442.29 |
| 04/14/22 | 34 | Premium Title & Escrow LLC | Refund recording fee release | 1249-000 | 110.28 | | 49,552.57 |
| 04/15/22 | 34 | Premium Title & Escrow LLC | Refund Recording Fee | 1210-003 | -110.28 | | 49,442.29 |
| 07/14/22 | 36 | Chase Auto Finance <br> 700 Kansas Lane <br> LA4-4043 | Repossession Fees waived | 1229-000 | 685.00 | | 50,127.29 |

Page Subtotals          75,226.92          25,099.63

LFORM24

Ver: 22.07n

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 21-00041 -ELG | Trustee Name: | BRYAN S. ROSS  CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | SHKOR, MATTHEW EDWARD | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0280  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4833 | | |
| For Period Ending: | 02/18/25 | Blanket Bond (per case limit): | $  3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/03/23 | 007003 | Monroe, LA 71203<br>INSURANCE PARTNERS<br>2950 West Market Street<br>Akron, OH 44333 | Bond Premium | 2300-000 | | 49.27 | 50,078.02 |
| 02/26/24 | 007004 | Insurance Partners<br>2950 West Market Street<br>Akron, OH 44333 | Bond Payment | 2300-000 | | 25.00 | 50,053.02 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 75,226.92 | 25,173.90 | 50,053.02 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 75,226.92 | 25,173.90 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 75,226.92 | 25,173.90 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS<br>Checking Account (Non-Interest Earn - ********0280 | 75,226.92 | 25,173.90 | 50,053.02 |
| | 75,226.92 | 25,173.90 | 50,053.02 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    BRYAN S. ROSS  CHAPTER 7 TRUSTEE

Trustee's Signature: _____  Date: 02/18/25

BRYAN S. ROSS  CHAPTER 7 TRUSTEE

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 74.27 |