The order below is hereby signed.

Signed: April 18 2025

_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) Case No. 21-00041-ELG |
| MATTHEW EDWARD SHKOR | ) |
| *Debtor* | ) |
| | ) |
| CAPITAL BANK, N.A. | ) |
| *Movant* | ) |
| | ) |
| vs. | ) |
| | ) |
| MATTHEW EDWARD SHKOR | ) |
| and | ) |
| BRYAN S. ROSS, CHAPTER 7 TRUSTEE | ) |
| *Respondents* | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, upon consideration of *Capital Bank, N.A.'s* ("Capital Bank") *Motion* (the "Motion") *for Relief from the Automatic Stay as to its Deed of Trust* (the "Deed of Trust") *on 1738 R STREET N.W., WASHINGTON, D.C. 20009* (the "Property") and any responses and/or objections thereto, after due notice and opportunity for hearing, it is hereby ORDERED:

1. That the Motion is GRANTED.

2. That, pursuant to 11 U.S.C. § 362(d)(2), the automatic stay of 11 U.S.C. § 362(a) is hereby terminated with respect to Capital Bank with respect to its interests in the Property and Deed of Trust.

3. That Capital Bank is authorized to do any and take all acts necessary and/or proper to enforce its rights with respect to the Property, including but not limited to proceeding under applicable non-bankruptcy law to enforce its remedies to foreclose upon the Deed of Trust and obtain possession of the Property.

4. That no additional order of the Court for further relief from the automatic stay is required in the event that Capital Bank needs to take legal action to obtain possession of the Property.

5. That this Order is without prejudice to any rights or remedies any other lienholder has with respect to any future foreclosure of the Property and pursuant to any and all applicable foreclosure and/or state law.

WE ASK FOR THIS:

/s/ *Namrata Loomba*
Namrata Loomba (D.C. Bar No. 1014978)
Blank Rome, LLP
1825 Eye Street NW
Washington, DC 20006
(202) 772-5800
Namrata.Loomba@BlankRome.com

*Attorneys for Capital Bank, N.A.*


Copies to:

Alan D. Eisler
Eisler Hamilton, LLC
1 Research Court, Suite 450
Rockville, MD 20850
*Attorney for Debtor, Matthew Shkor*

Bryan S. Ross, Trustee
1776 K Street N.W., Suite 200
Washington, D.C. 20006-1222

Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue NW, Suite 402
Washington, DC 20036

All Creditors Requesting Notice

**END OF ORDER**

2