The order below is hereby signed.

Signed: April 18 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 21-00041-ELG |
| MATTHEW EDWARD SHKOR | ) |
| *Debtor* | ) |
| | ) |
| CAPITAL BANK, N.A. | ) |
| *Movant* | ) |
| | ) |
| vs. | ) |
| | ) |
| MATTHEW EDWARD SHKOR | ) |
| and | ) |
| BRYAN S. ROSS, CHAPTER 7 TRUSTEE | ) |
| *Respondents* | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, upon consideration of *Capital Bank, N.A.'s* ("Capital Bank") *Motion* (the "Motion") *for Relief from the Automatic Stay as to its Deed of Trust* (the "Deed of Trust") *on 1738 R STREET N.W., WASHINGTON, D.C. 20009* (the "Property") and any responses and/or objections thereto, after due notice and opportunity for hearing, it is hereby ORDERED:

1. That the Motion is GRANTED.

2. That, pursuant to 11 U.S.C. § 362(d)(2), the automatic stay of 11 U.S.C. § 362(a) is hereby terminated with respect to Capital Bank with respect to its interests in the Property and Deed of Trust.

3. That Capital Bank is authorized to do any and take all acts necessary and/or proper to enforce its rights with respect to the Property, including but not limited to proceeding under applicable non-bankruptcy law to enforce its remedies to foreclose upon the Deed of Trust and obtain possession of the Property.

4.     That no additional order of the Court for further relief from the automatic stay is required in the event that Capital Bank needs to take legal action to obtain possession of the Property.

5.     That this Order is without prejudice to any rights or remedies any other lienholder has with respect to any future foreclosure of the Property and pursuant to any and all applicable foreclosure and/or state law.

WE ASK FOR THIS:

/s/ *Namrata Loomba*
Namrata Loomba (D.C. Bar No. 1014978)
Blank Rome, LLP
1825 Eye Street NW
Washington, DC 20006
(202) 772-5800
Namrata.Loomba@BlankRome.com

*Attorneys for Capital Bank, N.A.*


Copies to:

Alan D. Eisler
Eisler Hamilton, LLC
1 Research Court, Suite 450
Rockville, MD 20850
*Attorney for Debtor, Matthew Shkor*

Bryan S. Ross, Trustee
1776 K Street N.W., Suite 200
Washington, D.C. 20006-1222

Wendell W. Webster, Chapter 7 Trustee
1101 Connecticut Avenue NW, Suite 402
Washington, DC 20036

All Creditors Requesting Notice

**END OF ORDER**

2

160779.00601/150587691v.3

United States Bankruptcy Court

District of Columbia

In re:  
Matthew Edward Shkor  
    Debtor

Case No. 21-00041-ELG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 6  
Date Rcvd: Apr 18, 2025     Form ID: pdf001     Total Noticed: 137

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Matthew Edward Shkor, 1738 R Street, N.W., Washington, DC 20009-2410 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | AG's Enterprise, Inc., 1926 Martin Luther King Jr. Ave., SE, Suite 200, Washington, DC 20020-7010 |
| acc | + | Arthur Lander CPA PC, 300 N. Washington St., Suite 104, Alexandria, VA 22314-2530 |
| cr | + | Christian G. Waller, 701 Cobblestone Boulevard, #305, Fredericksburg, VA 22401-6620 |
| cr | + | Jason A. Pardoe, Pardoe Drazin, LLC, 4400 Jenifer Street NW, Suite 2, Washington, DC 20015-2089 |
| intp | + | MatCap, 125 West Street, 4th Floor, Annapolis, MD 21401-2897 |
| cr | + | VVS RI Development LLC, c/o Benjamin P. Smith, Esq., Shulman Rogers, 12505 Park Potomac Ave., 6th Floor Potomac, MD 20854-6803 |
| cr | + | W. Bryan Cunningham, PO Box 1304, Alexandria, VA 22313-1304 |
| 751008 | + | 1311 R Street, NW, L.L.C., 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751330 | + | AG's Enterprise, Inc., 1926 Martin Luther King, Jr., SE, Ste. 2, Washington, DC 20020-7010 |
| 751010 | + | AGS Engineering, 2425 Wilson Blvd. # 404, Arlington, VA 22201-3326 |
| 751009 | + | Adam Laughin Crain, 7840 NE 122nd Place, Kirkland, WA 98034-5839 |
| 751011 | + | Alison Mullins, Shannon Mullins & Wright LLP, 124 S. Royal Street, Alexandria, VA 22314-3328 |
| 761937 | + | Arlington County, Virginia, Office of the Treasurer, Compliance Division, 2100 Clarendon Blvd., Suite 217, Arlington, VA 22201-5447 |
| 751789 | | BMC East LLC, 100 Shockoe Slip, Floor 2, Richmond, VA 23219-4100 |
| 751017 | + | BMC East, LLC, 8020 Arco Corporate Drive, Suite 400, Raleigh NC 27617-2037 |
| 751012 | + | Benjamin Smith, Shulman Rogers, 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854-6803 |
| 751013 | + | Benjamin Smith, Trustee, Shulman Rogers, 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854-6803 |
| 751014 | + | Bernard S. Grimm, The Law Office of Bernard Grimm, 409 7th Street, N.W., Suite 300, Washington, DC 20004-2317 |
| 751015 | + | Bizhan Beiramee, Beiramee Law Group, P.C., 7508 Wisconsin Avenue, 2nd Floor, Bethesda, MD 20814-3561 |
| 779094 | + | CMX Construction Group LLC, c/o James M. Loots, LootsLaw PC, 634 G Street SE Ste 200, Washington DC 20003-2730 |
| 752311 | | CMX Construction Group LLC, 1776 Florida Avenue, NW., Washington, DC 20009 |
| 751019 | + | Capital Bank, 2275 Research Blvd., Suite 600, Rockville, MD 20850-6238 |
| 751441 | + | Capital Bank, NA, 2275 Research Boulevard, Suite 600, Rockville, MD 20850-6238 |
| 751020 | + | Casey Taylor Patten, Patten Holdings, LLC, 1252 Maryland Avenue, N.E., Washington, DC 20002-8635 |
| 751021 | + | Charles Madison Warren III, 20 Huntington Drive, Clarksville, TN 37043-5823 |
| 752592 | + | Chirag Patel, 10805 Piney Meetinghouse Road, Potomac, MD 20854-1308 |
| 751022 | + | Chirag Patel, 12150 Annapolis Road, Suite 111, Glenn Dale, MD 20769-9183 |
| 751023 | + | Christian G. Waller, 701 Cobblestone Blvd., Unit 305, Fredericksburg, VA 22401-6620 |
| 753968 | + | Christian G. Waller, c/o Neil D. Goldman, 510 King Street, Suite 416, Alexandria, VA 22314-3132 |
| 753914 | + | Christine S. Ramapuram, Ramapuram Law PLC, 10529-B Braddock Road, Fairfax, VA 22032-2245 |
| 751024 | + | Christopher L. Meazell, Potomac Law Group, 1300 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004-3024 |
| 754001 | + | City Permit, 3191 Grand Ave #188, Miami, FL 33133-5103 |
| 751780 | + | Compass Concierge, 90 Fifth Avenue, 3rd Floor, New York NY 10011-7624 |
| 751720 | + | Compass Real Estate, 1313 14th Street NW, Washington, DC 20005-3610 |

Case 21-00041-ELG   Doc 232   Filed 04/20/25   Entered 04/21/25 00:03:47   Desc
Imaged Certificate of Notice   Page 4 of 8

| District/off: 0090-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf001 | Total Noticed: 137 |

| | | |
|---|---|---|
| 752152 | + | Compass, Inc., c/o Christopher J. Giaimo, Esq., 2550 M Street, N.W., Washington, DC 20037-1301 |
| 753768 | + | Cornerstone Capital LLC, c/o Catherine Keller Hopkin, Esquire, Yumkas, Vidmar, Sweeney & Mulrenin, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| 751025 | + | Cornerstone Capital Lending, 7101 Wisconsin Avenue, Suite 600, Bethesda, MD 20814-4805 |
| 760079 | + | DC GOV'T OFFICE OF TAX AND REVENUE, P.O. Box 75520, Washington, DC 20013-0520 |
| 751028 | + | David A. Dopsoyle, Lasa, Monroig & Veve, LLP, 1250 Connecticut Avenue, N.W., Suite 700, Washington, DC 20036-2657 |
| 751029 | + | David Bloom, 124 S. Royal Street, Alexandria, VA 22314-3328 |
| 753954 | + | Dila Development And Construction LLC, c/o Jeffrey M. Orenstein, Esq., 15245 Shady Grove Rd, Suite 465, Rockville, MD 20850-7203 |
| 751030 | #+ | Dila Development and Construction, LLC, 1200 Potomac Avenue, S.E., Washington, DC 20003-4116 |
| 751032 | + | District of Columbia, 1350 Pennsylvania Avenue, N.W., Washington, DC 20004-3003 |
| 751031 | + | District of Columbia, 441 4th Street, N.W., Washington, DC 20001-2714 |
| 751033 | + | EagleBank, 6010 Executive Blvd., Suite 800, Rockville, MD 20852-3815 |
| 753985 | + | Eli Hoory, 513 Kenyon St., NW, Unit B, Washington DC 20010-2907 |
| 751035 | | Eric Hirshfeld, 2294 Champlain Street, N.W., Washington, DC 20009-2618 |
| 751036 | + | Eversley Sifontes, 1726 19th Street, N.W., Apt. 23, Washington, DC 20009-1664 |
| 751884 | + | Factotum Remodeling Ventures, 11401 Grandview Avenue, Suite 6, Silver Spring, MD 20902-2712 |
| 751886 | + | Fazio Brothers Investment, Fazio and Associates, P.O. Box 1405, Mt. Pleasant, SC 29465-1405 |
| 751037 | + | Ferguson Enterprises, P.O. Box 2778, 12500 Jefferson Avenue, Newport News, VA 23602-4314 |
| 751038 | + | Ferguson Enterprises, LLC, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| 752700 | + | Genesis Capital Attn David Ferguson, Finance, 15303 Ventura Blvd, Suite 700, Sherman Oaks, CA 91403-3197 |
| 755022 | + | Global Debt Solutions, Inc. Agent, 2295 Corporate Blvd. NW, Suite 120, Boca Raton FL 33431-7323 |
| 751040 | + | Gregory Brennan, 11510 Dona Dorotea Drive, Studio City, CA 91604-4249 |
| 751041 | + | IAGI, Inc., Jesse Tarr, 3191 Grand Avenue, Suite 188, Miami, FL 33133-5103 |
| 751042 | + | Ian Gill Thomas, Offit Kurman, 1325 G Street, N.W., Suite 500, Washington, DC 20005-3136 |
| 751044 | | Intown Development, Attn: Eric Hirshfeld, 1734 20th Street, N.W., Washington, DC 20009-1105 |
| 751045 | + | Jacob A. Ginsberg, Trustee, Bregman, Berbert, Schwartz & Gilday, LLC, 7315 Wisconsin Avenue, Suite 800 West, Bethesda, MD 20814-3217 |
| 751046 | + | James M. Loots, Law Offices of James M. Loots PC, 634 G Street, SE, Suite 200, Washington, DC 20003-2730 |
| 751047 | + | Jamie A. Mastandrea, Jamie A. Mastandrea, P.C., 5200-B Rolling Road, Burke, VA 22015-4696 |
| 751048 | | Jared Alexander Crain, 919 Heathgate Road, Knoxville, TN 37922-4392 |
| 751049 | + | Jason A. Pardoe, Trustee, Pardoe Drazin, LLC, 4400 Jenifer Street NW, Suite 2, Washington, DC 20015-2089 |
| 753913 | + | Jason Goozh, Manager Blue Water Funding, 350 Fortune Terrace, 2nd Floor, Rockville, MD 20854-2989 |
| 751050 | + | Jill Carravaggio, 11116 Innsbrook Way, Suite B, Ijamsville, MD 21754-9058 |
| 751051 | + | Joanie Kreger, Trustee, Capital Bank, 2275 Research Blvd, Suite 600, Rockville MD 20850-6238 |
| 752704 | + | John Capetanakis - Lastos Finance LLC, 2116 S Kent St, Arlington VA 22202-2126 |
| 751053 | + | John E. Skhor, Jr., Trustee, 242 S. Washington Blvd. # 234, Sarasota, FL 34236-6943 |
| 751055 | + | Kanaiyalal Patel, 12150 Annapolis Road, Suite 111, Glenn Dale, MD 20769-9183 |
| 751888 | + | Kevin Anderson, Standard Title Group, 1808 Florida Avenue, N.W ., Washington, D.C. 20009-1709 |
| 751056 | + | Kimberly Casey, Washington Fine Properties LLC, 1604 14th Street NW, Washington DC 20009-4307 |
| 751057 | + | Kristine M. Maher, Graydon Head & Ritchey LLP, 312 Walnut Street, Suite 1800, Cincinnati, OH 45202-3157 |
| 751059 | + | Lawrence John Anderson, Nealon & Associates, P.C., 119 N. Henry Street, Alexandria, VA 22314-2903 |
| 751061 | + | Margaret M. Marks, F. Douglas Ross, Odin, Feldman & Pittleman, P.C., 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 752153 | | Meghan Towers, Associate General Counsel, 901 Fifth Ave, 3rd Floor, New York, NY 10011 |
| 751062 | + | Michael Hines, 638 Princeton Place, N.W., Washington, DC 20010-1605 |
| 751063 | + | Michael J. Brammick, Brammick Creed, 4520 East West Highway, Suite 700, Bethesda, MD 20814-6907 |
| 751639 | + | Michael J. Lichtenstein, Esquire, Shulman Rogers Gandal Pordy & Ecker, PA, 12505 Park Potomac Avenue, 6th Fl, Potomac MD 20854-6803 |
| 752703 | + | Michael N. Russo Jr. Esquire, 125 West St, 4th Fl, Annapolis MD 21401-2897 |
| 751064 | + | Mid South Building Supply, Inc., 7940 Woodruff Court, Springfield, VA 22151-2122 |
| 751065 | + | Phillip Skillman, 3925 5th Street, N.W., Washington, DC 20011-5921 |
| 751066 | | Pino's Construction Corporation, 6820 Annapolis Rock Road, Woodbine, MD 21797-7600 |
| 751067 | + | Potomac Construction 1525 P Street, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751068 | + | Potomac Construction 1602, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751069 | + | Potomac Construction 1906 Biltmore LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751070 | + | Potomac Construction Biltmore, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751071 | + | Potomac Construction Design/Build, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751072 | + | Potomac Construction Flats, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751073 | + | Potomac Construction Group of DC, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 761938 | + | Potomac Construction Group of VA, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751074 | + | Potomac Construction Group of Virginia, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751075 | + | Potomac Construction Lowell LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751076 | + | Potomac Development 3117 35th Street LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751077 | + | Potomac Development Holdings, 1738 R Street, N.W., Washington, DC 20009-2410 |

| District/off: 0090-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf001 | Total Noticed: 137 |

| | | |
|---|---|---|
| 751079 | + | Potomac Kingman, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751080 | + | Quincy Street Townhomes I, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751081 | + | Quincy Street Townhomes II, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751082 | + | Richard E. Hagerty, Mary C. Zinsner, Troutman Pepper Hamilton Sanders LLP, 401 9th Street, N.W., Suite 1000, Washington, DC 20004-2146 |
| 751083 | + | Richard M. Sissman, Fracassi, Mahdavi, Sissman & Rand LLP, 600 Jeffeson Plaza, Suite 308, Rockville, MD 20852-1161 |
| 751084 | + | Ross David Margulies, 433 Quincy Street, N.W., Washington, DC 20011-5929 |
| 752305 | + | Ross Marguilies, 1302 Stratton Avenue, Nashville TN 37206-2718 |
| 751085 | + | Sara A. Clasper, Shulman Rogers, et al., 12505 Park Potomac Avenue, 6th Floor, Potomac, MD 20854-6803 |
| 753758 | + | Seth W Diamond, One Research Court, Suite 450, Rockville, MD 20850-6252 |
| 751384 | + | Shawn C. Whittaker, Esq., 1010 Rockville Pike, Suite 607, Rockville MD 20852-1475 |
| 751086 | + | Shkor Family Trust, c/o John E. Shkor, Jr., Trustee, 242 S. Washington Blvd. # 234, Sarasota, FL 34236-6943 |
| 751087 | + | Shkor Legacy Trust, c/o John E. Shkor, Jr., Trustee, 242 S. Washington Blvd. # 234, Sarasota, FL 34236-6943 |
| 751088 | + | Sidharth Dugar, 508 Lost Acre Lane, Great Falls, VA 22066-3010 |
| 751089 | + | TPC 1522 Rhode Island, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| 751885 | + | Tom Hardy, 1334 Vermont Avenue, N.W., Washington, D.C. 20005-3607 |
| 751887 | + | Trent Heminger, Trent & Co., 5471 Wisconsin Avenue, N.W., Chevy Chase, MD 20815-3546 |
| 752069 | + | VVS RI Development LLC, c/o Benjamin P. Smith, Esq., Shulman Rogers, 12505 Park Potomac Ave., 6th Flr, Potomac, MD 20854-6803 |
| 754836 | + | VVS RI Development LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 752092 | + | VVS RI Development LLC, c/o Srinivas Chavali, 13872 Rembrandt Way, Chantilly VA 20151-3256 |
| 752309 | | W. Bryan Cunningham and Fairleigh Cunningham, P.O. Box 1304, Alexandria, VA 22313-1304 |
| 751091 | + | William B. Cunningham, Farleigh Cunningham, P.O. Box 1304, Alexandria, VA 22313-1304 |
| 751092 | + | William Forrest Crain, 43414 Mountcastle Drive, Chantilly, VA 20152-2585 |
| 752308 | + | Wm Bryan Cunningham and Farleigh Cunningham, c/o James M. Loots, Esq., LootsLaw PC, 634 G Street SE Ste 200, Washington DC 20003-2730 |
| 753697 | + | Yoshie Haga, 7307 Eldorado Street, McLean, VA 22102-2904 |

TOTAL: 121

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Apr 18 2025 22:03:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Apr 18 2025 22:02:27 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2025 22:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Apr 18 2025 22:02:33 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Apr 18 2025 22:03:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Apr 18 2025 22:03:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 753770 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 22:12:52 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 751018 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2025 22:12:52 | Capital Bank, One Church Street, Rockville, MD 20850-4158 |
| 751026 | + | Email/Text: angela.coleman@dc.gov | Apr 18 2025 22:03:00 | D.C. Office of Tax and Revenue, 1101 4th Street, S.W. # 270, Washington, DC 20024-4457 |
| 760073 | ^ | MEBN | Apr 18 2025 22:02:36 | DC GOV'T OFFICE OF TAX AND REVENUE, P.O. Box 37559, Washington, DC 20013-7559 |
| 751039 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 18 2025 22:03:00 | Goldman Sachs Bank USA, 200 West Street, New |

Case 21-00041-ELG   Doc 232   Filed 04/20/25   Entered 04/21/25 00:03:47   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0090-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf001 | Total Noticed: 137 |

| | | | | |
|---|---|---|---|---|
| | | | | York, NY 10282-2198 |
| 751054 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2025 22:12:52 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 751058 | | Email/Text: john@lastosllc.com | Apr 18 2025 22:03:00 | Lastos Finance LLC, 2116 S. Kent Street, Arlington, VA 22202-2126 |
| 752702 | | Email/Text: john@lastosllc.com | Apr 18 2025 22:03:00 | Lastos Finance, LLC, c/o John Capetanakis, 2116 S. Kent St, Arlington, VA 22202 |
| 752442 | | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2025 22:12:52 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 752499 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2025 22:13:32 | Verizon by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMC East, LLC |
| intp | | COMPASS CONCIERGE, LLC |
| intp | | COMPASS, INC. |
| cr | | Capital Bank, N.A. |
| intp | | Eileen Cowdery |
| cr | | Goldman Sachs Bank USA |
| 752656 | | Goldman Sachs Bank USA |
| cr | * | CMX Construction Group LLC, 1776 Florida Avenue, NW., Washington, DC 20009 |
| cr | *+ | Cornerstone Capital, LLC, c/o Catherine Keller Hopkin, Esquire, Yumkas, Vidmar, Sweeney & Mulrenin, LLC, 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401-7582 |
| cr | *+ | Dila Development and Construction, LLC, 1200 Potomac Avenue, S.E., Washington, DC 20003-4116 |
| cr | *+ | Ferguson Enterprises, LLC, 13890 Lowe Street, Chantilly, VA 20151-3277 |
| intp | *+ | VVS RI Development LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 751926 | * | Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317 |
| 751043 | * | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 751078 | *+ | Potomac Development Holdings, LLC, 1738 R Street, N.W., Washington, DC 20009-2410 |
| aty | ##+ | McNamee Hosea, P.A., 6411 Ivy lane, Suite 200, Greenbelt, MD 20770-1405 |
| 751016 | ##+ | Blue Water Funding, LLC, 350 Fortune Terrace, 2nd Floor, Rockville, MD 20854-2989 |
| 751027 | ##+ | Daryl Judy, 1443 Q Street, N.W., Washington, DC 20009-3807 |
| 751034 | ##+ | Elizabeth A. Laffoon, c/o The Law Offices of John E. Reid PLLC, 5335 Wisconsin Ave., N.W., Suite 700, Washington, DC 20015-2056 |
| 751052 | ##+ | John E. Reid, Law Offices of John E. Reid, 5335 Wisconsin Avenue, N.W., Suite 700, Washington, DC 20015-2056 |
| 751060 | ##+ | Mahmoud Sabouri-Yazdi and Batoul Sabouri-Yazdi, 22019 Millwick Terrace, Broadlands, VA 20148-6024 |
| 751090 | ##+ | Whitaker Meyers, 1010 Rockville Pike, Suite 607, Rockville, MD 20852-1475 |

TOTAL: 7 Undeliverable, 8 Duplicate, 7 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025          Signature:     /s/Gustava Winters

Case 21-00041-ELG   Doc 232   Filed 04/20/25   Entered 04/21/25 00:03:47   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0090-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf001 | Total Noticed: 137 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Debtor Matthew Edward Shkor aeisler@e-hlegal.com  mcghamilton@gmail.com |
| Alan D. Eisler | on behalf of Defendant Matthew Edward Shkor aeisler@e-hlegal.com  mcghamilton@gmail.com |
| Alexander McDonald Laughlin | on behalf of Plaintiff Capital Bank  N.A. alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| Benjamin P. Smith | on behalf of Creditor VVS RI Development LLC bsmith@shulmanrogers.com ctremper@shulmanrogers.com;kdiaz@shulmanrogers.com;rparadis@shulmanrogers.com;MZawalick@shulmanrogers.com |
| Bryan S. Ross | on behalf of Trustee Bryan S. Ross ysnore@aol.com  bross@ecf.axosfs.com |
| Catherine Keller Hopkin | on behalf of Plaintiff Cornerstone Capital  LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com |
| Catherine Keller Hopkin | on behalf of Defendant Cornerstone Capital  LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com |
| Catherine Keller Hopkin | on behalf of Creditor Cornerstone Capital  LLC chopkin@yvslaw.com, yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestcase.com |
| Christopher J. Giaimo | on behalf of Interested Party COMPASS CONCIERGE  LLC christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Christopher J. Giaimo | on behalf of Interested Party COMPASS  INC. christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Darrell William Clark | on behalf of Trustee Bryan S. Ross darrell.clark@stinson.com  Siobhan.rudolph@stinson.com |
| James M Loots | on behalf of Creditor CMX Construction Group LLC jloots@lootslaw.com |
| Jason Kutcher | on behalf of Creditor Goldman Sachs Bank USA jason.kutcher@troutman.com  sharron.fay@troutman.com |
| Jeffrey M. Orenstein | on behalf of Creditor Dila Development and Construction  LLC jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com |
| Jill Diane Caravaggio | on behalf of Creditor Ferguson Enterprises  LLC jill@jill-lawoffice.net, paralegal@jill-lawoffice.net |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Lawrence J. Anderson | on behalf of Creditor Capital Bank  N.A. landerson@nealon.com, landersonhome1@gmail.com |
| Maurice Belmont VerStandig | on behalf of Interested Party VVS RI Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael N. Russo, Jr. | on behalf of Interested Party MatCap Russo@councilbaradel.com abs@councilbaradel.com;aaw@councilbaradel.com;mnc@councilbaradel.com |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |

| District/off: 0090-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: pdf001 | Total Noticed: 137 |

Namrata Loomba
    on behalf of Creditor Capital Bank  N.A. nloomba@orlans.com, ecfaccount@orlans.com;ANHSOrlans@InfoEx.com

Neil D Goldman
    on behalf of Creditor Christian G. Waller ngoldman@goldmanvanbeek.com

Richard E. Hagerty
    on behalf of Creditor Goldman Sachs Bank USA richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;wlbank@troutman.com

Richard M. Sissman
    on behalf of Creditor BMC East  LLC rsissmanesq@his.com

Shawn C. Whittaker
    on behalf of Plaintiff AG's Enterprise  Inc. shawn@whittakermyers.com

Shawn C. Whittaker
    on behalf of Creditor AG's Enterprise  Inc. shawn@whittakermyers.com

Tiffany S. Franc
    on behalf of Plaintiff Cornerstone Capital  LLC tfranclegal@gmail.com, pgomez@yvslaw.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Valerie Edwards
    on behalf of Interested Party Eileen Cowdery valerie@antonlegal.com

Wendell W. Webster
    on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com

Wendell W. Webster
    wwebster@websterfredrickson.com  DC03@ecfcbis.com

TOTAL: 32