**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re:  MATTHEW EDWARD SHKOR         §   Case No. 21-00041
                                     §
                                     §
                                     §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/05/2021. The undersigned trustee was appointed on 02/14/2025.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       75,226.92

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 25,153.81 |
   | Bank service fees | 107.65 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $   49,965.46 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/27/2021 and the deadline for filing governmental claims was 08/04/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,011.35. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,011.35, for a total compensation of $7,011.35[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $467.41 for total expenses of $467.41[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/07/2025            By: /s/ Wendell W. Webster
                                   Trustee , Bar No.: 245696

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Exhibit A
Page: 1

| Case No.: | 21-00041 | Trustee Name: | (730040) Wendell W. Webster |
| Case Name: | MATTHEW EDWARD SHKOR | Date Filed (f) or Converted (c): | 02/05/2021 (f) |
| | | § 341(a) Meeting Date: | 03/11/2021 |
| For Period Ending: | 04/07/2025 | Claims Bar Date: | 05/27/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1738 R Street, N.W., Washington, DC 20009-0000, District of Columb County<br><br>1738 R Street, N.W., Washington, DC 20009-0000, District of Columb County Single-family home Entire property value: $3,495,000.00 | 3,495,000.00 | 0.00 | | 0.00 | FA |
| 2 | Master bedroom: king bed ($100),2 table lamps $160) foot rest ($100), rug ($100); Second bedroom: king bed ($1,000), drawers ($200), 2 bedside tables ($200), 2 lamps ($160), 1 TV($500), rug ($80); Third bedroom: queen bed ($400); Dining room: dining table ($400), 10 chairs ($800), mirror ($200), drawers ($200); Kitchen: 4 stools ($400), TV ($100); Living room: table lamp ($80), rug ($80), family pictures ($20)<br><br>Master bedroom: king bed ($100),2 table lamps $160) foot rest ($100), rug ($100); Second bedroom: king bed ($1,000), drawers ($200), 2 bedside tables ($200), 2 lamps ($160), 1 TV($500), rug ($80); Third bedroom: queen bed ($400); Dining room: dining table ($400), 10 chairs ($800), mirror ($200), drawers ($200); Kitchen: 4 stools ($400), TV ($100); Living room: table lamp ($80), rug ($80), family pictures ($20) | 4,860.00 | 0.00 | | 0.00 | FA |
| 3 | Lap top computer ($300), 2 Apple TV's ($50)<br><br>Lap top computer ($300), 2 Apple TV's ($50) | 350.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing<br><br>Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding ring<br><br>Wedding ring | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Dog<br><br>Dog | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Bank of America<br><br>Checking: Bank of America | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Potomac Development 1602 Vermont, LLC, 100% ownership<br><br>Potomac Development 1602 Vermont, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Potomac Construction Biltmore, LLC, 100% ownership<br><br>Potomac Construction Biltmore, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Potomac Construction Group of DC, LLC, 100% ownership<br><br>Potomac Construction Group of DC, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Potomac Architects, LLC, 100% ownership<br><br>Potomac Architects, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 21-00041
**Case Name:** MATTHEW EDWARD SHKOR
**For Period Ending:** 04/07/2025

**Trustee Name:** (730040) Wendell W. Webster
**Date Filed (f) or Converted (c):** 02/05/2021 (f)
**§ 341(a) Meeting Date:** 03/11/2021
**Claims Bar Date:** 05/27/2021

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Potomac Construction Design/Build, LLC, 100% ownership<br>Potomac Construction Design/Build, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 1311 R Street, NW, L.L.C. (revoked), 100% ownership<br>1311 R Street, NW, L.L.C. (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Matcap, LLC, 49% ownership<br>Matcap, LLC, 49% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | MJ Development LLC, 49% ownership<br>MJ Development LLC, 49% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Recap, LLC, 49% ownership<br>Recap, LLC, 49% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Potomac Construction 1525 P Street, LLC, 100% ownership<br>Potomac Construction 1525 P Street, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Potomac Development 3117 35th Street, LLC (revoked), 100% ownership<br>Potomac Development 3117 35th Street, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Quincy Street Townhomes I, LLC (revoked), 50% ownership<br>Quincy Street Townhomes I, LLC (revoked), 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Quincy Street Townhomes II, LLC (revoked), 50% ownership<br>Quincy Street Townhomes II, LLC (revoked), 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Potomac Construction 1753 Willard, LLC (revoked), 100% ownership<br>Potomac Construction 1753 Willard, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Potomac Construction Group of Virginia, LLC (revoked), 100% ownership<br>Potomac Construction Group of Virginia, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Potomac Construction Flats, LLC (revoked), 100% ownership<br>Potomac Construction Flats, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Potomac Construction Lowell, LLC, 100% ownership<br>Potomac Construction Lowell, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Potomac Development Kenyon Street, LLC (revoked), 100% ownership<br>Potomac Development Kenyon Street, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

| Case No.: | 21-00041 | Trustee Name: | (730040) Wendell W. Webster |
|---|---|---|---|
| Case Name: | MATTHEW EDWARD SHKOR | Date Filed (f) or Converted (c): | 02/05/2021 (f) |
| | | § 341(a) Meeting Date: | 03/11/2021 |
| For Period Ending: | 04/07/2025 | Claims Bar Date: | 05/27/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Kenyon Court 2, LLC (revoked), 71.42% ownership<br>Kenyon Court 2, LLC (revoked), 71.42% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Potomac Construction 1906 Biltmore, LLC, 100% ownership<br>Potomac Construction 1906 Biltmore, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Principal Life Insurance Company term life insurance: Tanja Broel<br>Principal Life Insurance Company term life insurance: Tanja Broel | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Mass Mutual term life insurance: Tanja Broel<br>Mass Mutual term life insurance: Tanja Broel | 0.00 | 0.00 | | 0.00 | FA |
| 30 | BlueCross Blue Shield health insurance: Matthew Shkor and Tanja Broel<br>BlueCross Blue Shield health insurance: Matthew Shkor and Tanja Broel | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Desk ($200), Chair ($100), lamps ($80)<br>Desk ($200), Chair ($100), lamps ($80) | 380.00 | 80.00 | | 0.00 | FA |
| 32 | 9019 Settlement  (u)<br>Per Court Order | 0.00 | 13,000.00 | | 13,000.00 | FA |
| 33 | 9019 Settlement (u)<br>Per Court Order | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 34 | Potomac Construction 1522 Rhode Island Avenue NE (u)<br>Per confirmed Cpt 11 plan, remaining proceeds after sale of real property in the case of Potomac Construction 1522 Rhone Island Ave NE Case 21-00153 | 0.00 | 49,431.64 | | 49,541.92 | FA |
| 35 | Potomac Construction 1522 Rhode Island Ave NE (u)<br>Attorney Justin Fasano has filed a motion to reopen the Cpt 11. It has come to the Trustee's attention that the debtor may be entitled to certain property taxes paid at closing. These monies under the plan flow directly to the Matthew Shkor case. | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 36 | Chase Auto Finance (u)<br>Refund based on waiver of repossession fees. | 685.00 | 685.00 | | 685.00 | FA |
| **36** | **Assets Totals (Excluding unknown values)** | **$3,517,375.00** | **$90,196.64** | | **$75,226.92** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 4

**Case No.:** 21-00041  
**Case Name:** MATTHEW EDWARD SHKOR  

**Trustee Name:** (730040) Wendell W. Webster  
**Date Filed (f) or Converted (c):** 02/05/2021 (f)  
**§ 341(a) Meeting Date:** 03/11/2021  

**For Period Ending:** 04/07/2025  

**Claims Bar Date:** 05/27/2021  

**Major Activities Affecting Case Closing:**

> 4/3/25 - UST submitted question/requests with respect to status of various POCs and request for verification that TFR can be filed given the pending appeal filed with respect to a judgment entered in Adv. Proc. # 21-10012.
>
> 3/13/25 - TFR submitted to UST for review.
>
> 2/14/25 - Appointed as successor trustee to Bryan Ross.

**Initial Projected Date Of Final Report (TFR):**  
**Current Projected Date Of Final Report (TFR):** 03/10/2025 (Actual)

| 04/07/2025 | /s/Wendell W. Webster |
|---|---|
| Date | Wendell W. Webster |

| Form 2 | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 1 |

| Case No.: | 21-00041 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | MATTHEW EDWARD SHKOR | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***4833 | Account #: | ******7067 Checking |
| For Period Ending: | 04/07/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/24/25 | | BRYAN S. ROSS, Ch 7 Trustee | Ch 7 Estate Funds | 50,053.02 | | 50,053.02 |
| | {32} | Shkor Family Trust | 9019 Motion & Order  $13,000.00  1249-000 | | | |
| | {33} | Shkor Family Trust | 9019 Motion & Order  $12,000.00  1249-000 | | | |
| | | Axos Bank | Bank Service Fees  -$12.47  2600-000 | | | |
| | | Axos Bank | Bank Service Fees  -$26.70  2600-000 | | | |
| | | Axos Bank | Bank Service Fees  -$27.56  2600-000 | | | |
| | | Axos Bank | Bank Service Fees  -$26.64  2600-000 | | | |
| | | Selzer Gurvitch Rabin | Attorney Fees de # 152  -$24,850.00  3210-000 | | | |
| | | Axos Bank | Bank Service Fees  -$6.26  2600-000 | | | |
| | {34} | Potomac Construction | Potomac Construction 1522 RI Ave NE  $49,431.64  1249-000 | | | |
| | | Selzer Gurvitch Rabin | Attorney Fee  -$150.00  3210-000 | | | |
| | {34} | Premium Title & Escrow LLC | Refund recording fee release  $110.28  1249-000 | | | |
| | {36} | Chase Auto Finance | Repossession Fees waived  $685.00  1229-000 | | | |
| | | Insurance Partners | Bond Premium  -$49.27  2300-000 | | | |
| | | Insurance Partners | Bond Payment  -$25.00  2300-000 | | | |
| 02/26/25 | 101 | SeibertKeck Insurance Partners | Bond Payment  2300-000 | | 79.54 | 49,973.48 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees  2600-000 | | 8.02 | 49,965.46 |
| | | **COLUMN TOTALS** | | 50,053.02 | 87.56 | $49,965.46 |
| | | | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | | | **Subtotal** | 50,053.02 | 87.56 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$50,053.02** | **$87.56** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-00041 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** | MATTHEW EDWARD SHKOR | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***4833 | **Account #:** | ******7067 Checking |
| **For Period Ending:** | 04/07/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---|---|
| Net Receipts: | $50,053.02 |
| Plus Gross Adjustments: | $25,063.62 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $75,116.64 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7067 Checking | $50,053.02 | $87.56 | $49,965.46 |
| | **$50,053.02** | **$87.56** | **$49,965.46** |

04/07/2025
Date

/s/Wendell W. Webster
Wendell W. Webster

UST Form 101-7-TFR (5/1/2011)

Printed: 04/07/2025 1.26 PM                                                                                                           Page: 1

# Exhibit C
## Claims Distribution - Mon, 04-07-2025

Trustee: Webster

| Case Number: | 21-00041 | Case Name: | MATTHEW EDWARD SHKOR |
|---|---|---|---|
| Petition Date: | 02/05/2021 | Judge: | ELIZABETH L. GUNN |

| Claim # | Claimant | Class | Priority | Allowed | Paid | Balance | Interest | Total Proposed | % | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| FEE | Wendell W. Webster | A7 | 200 | $2,804.54 | $0.00 | $2,804.54 | $0.00 | $2,804.54 | 100.00 % | $47,160.92 |
| ATTY | Selzer Gurvitch Rabin | A7 | 200 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | 100.00 % | $47,160.92 |
| FEE 2 | Bryan S. Ross | A7 | 200 | $4,206.81 | $0.00 | $4,206.81 | $0.00 | $4,206.81 | 100.00 % | $42,954.11 |
| TTE | Wendell W. Webster, Trustee | A7 | 200 | $227.96 | $0.00 | $227.96 | $0.00 | $227.96 | 100.00 % | $42,726.15 |
| TTE 2 | Bryan S. Ross | A7 | 200 | $239.45 | $0.00 | $239.45 | $0.00 | $239.45 | 100.00 % | $42,486.70 |
| 1 | AG's Enterprise, Inc. | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $42,486.70 |
| 3 | Sidharth Dugar | U | 610 | $120,000.00 | $0.00 | $120,000.00 | $0.00 | $171.73 | 0.14 % | $42,314.97 |
| 4 | BMC East LLC | U | 610 | $105,373.72 | $0.00 | $105,373.72 | $0.00 | $150.80 | 0.14 % | $42,164.17 |
| 5P | Internal Revenue Service | P | 570 | $8,824.58 | $0.00 | $8,824.58 | $0.00 | $8,824.58 | 100.00 % | $33,339.59 |
| 5S | Internal Revenue Service | U | 630 | $25,134.80 | $0.00 | $25,134.80 | $0.00 | $0.00 | 0.00 % | $33,339.59 |
| 5U | Internal Revenue Service | U | 610 | $55,629.63 | $0.00 | $55,629.63 | $0.00 | $79.61 | 0.14 % | $33,259.98 |
| 6 | VVS RI Development LLC | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $33,259.98 |
| 7 | Compass, Inc. | U | 610 | $1,757,235.23 | $0.00 | $1,757,235.23 | $0.00 | $2,514.76 | 0.14 % | $30,745.22 |
| 8 | Ross Marguilies | U | 610 | $96,000.00 | $0.00 | $96,000.00 | $0.00 | $137.38 | 0.14 % | $30,607.84 |
| 9 | W. Bryan Cunningham and Fairleigh Cunningham | U | 610 | $675,000.00 | $0.00 | $675,000.00 | $0.00 | $965.99 | 0.14 % | $29,641.85 |
| 10 | Fazio Brothers Investment | U | 610 | $50,000.00 | $0.00 | $50,000.00 | $0.00 | $71.55 | 0.14 % | $29,570.30 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Mahmoud Sabouri-Yazdi and Batoul Sabouri-Yazdi | U | 610 | $424,952.80 | $0.00 | $424,952.80 | $0.00 | $608.15 | 0.14 % | $28,962.15 |
| 14 | Chirag Patel | U | 610 | $250,000.00 | $0.00 | $250,000.00 | $0.00 | $357.77 | 0.14 % | $28,604.38 |
| 16 | Goldman Sachs Bank USA | U | 610 | $1,040,784.45 | $0.00 | $1,040,784.45 | $0.00 | $1,489.46 | 0.14 % | $27,114.92 |
| 17 | Lastos Finance, LLC | U | 610 | $2,066,335.00 | $0.00 | $2,066,335.00 | $0.00 | $2,957.11 | 0.14 % | $24,157.81 |
| 18 | Tom Hardy | U | 610 | $63,000.00 | $0.00 | $63,000.00 | $0.00 | $90.16 | 0.14 % | $24,067.65 |
| 19 | Yoshie Haga | U | 610 | $1,613,382.19 | $0.00 | $1,613,382.19 | $0.00 | $2,308.90 | 0.14 % | $21,758.75 |
| 20 | Capital Bank | U | 610 | $91,000.00 | $0.00 | $91,000.00 | $0.00 | $130.23 | 0.14 % | $21,628.52 |
| 21 | Capital Bank | U | 610 | $204,000.00 | $0.00 | $204,000.00 | $0.00 | $291.94 | 0.14 % | $21,336.58 |
| 23 | Capital Bank | U | 610 | $630,022.75 | $0.00 | $630,022.75 | $0.00 | $901.62 | 0.14 % | $20,434.96 |
| 24U | Cornerstone Capital LLC | U | 610 | $931,755.56 | $0.00 | $931,755.56 | $0.00 | $1,333.43 | 0.14 % | $19,101.53 |
| 26 | David Bloom | U | 610 | $207,314.00 | $0.00 | $207,314.00 | $0.00 | $296.69 | 0.14 % | $18,804.84 |
| 27 | Michael Hines | U | 610 | $294,092.45 | $0.00 | $294,092.45 | $0.00 | $420.87 | 0.14 % | $18,383.97 |
| 28 | Jason Goozh, Manager Blue Water Funding | U | 610 | $2,332,060.17 | $0.00 | $2,332,060.17 | $0.00 | $3,337.39 | 0.14 % | $15,046.58 |
| 29 | Jason Goozh, Manager Blue Water Funding | U | 610 | $7,194,998.94 | $0.00 | $7,194,998.94 | $0.00 | $10,296.70 | 0.14 % | $4,749.88 |
| 30 | Christine S. Ramapuram | U | 610 | $51,688.66 | $0.00 | $51,688.66 | $0.00 | $73.97 | 0.14 % | $4,675.91 |
| 31 | Dila Development and Construction, LLC | U | 610 | $369,984.88 | $0.00 | $369,984.88 | $0.00 | $529.48 | 0.14 % | $4,146.43 |
| 32 | Christian G. Waller | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $4,146.43 |
| 33 | CMX Construction Group LLC | U | 610 | $2,295,549.66 | $0.00 | $2,295,549.66 | $0.00 | $3,285.14 | 0.14 % | $861.29 |
| 34 | Eli Hoory | U | 610 | $258,543.00 | $0.00 | $258,543.00 | $0.00 | $370.00 | 0.14 % | $491.29 |
| 35 | City Permit | U | 610 | $53,870.80 | $0.00 | $53,870.80 | $0.00 | $77.09 | 0.14 % | $414.20 |
| 36 | Global Debt Solutions, Inc. Agent | U | 620 | $27,838.22 | $0.00 | $27,838.22 | $0.00 | $0.00 | 0.00 % | $414.20 |
| 37 | Christian G. Waller | U | 610 | $289,426.82 | $0.00 | $289,426.82 | $0.00 | $414.20 | 0.14 % | $0.00 |
| 38 | Adam Laughin Crain | U | 620 | $100,000.00 | $0.00 | $100,000.00 | $0.00 | $0.00 | 0.00 % | $0.00 |
| | **Totals:** | | | $23,717,232.14 | $25,000.00 | $23,692,232.14 | $0.00 | $49,965.46 | | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-00041
Case Name:  MATTHEW EDWARD SHKOR
Trustee Name: Wendell W. Webster

**Balance on hand:**   $   49,965.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Casey Taylor Patten | 185,000.00 | 185,000.00 | 0.00 | 0.00 |
| 15 | Ferguson Enterprises, LLC | 124,168.10 | 124,168.10 | 0.00 | 0.00 |
| 22 | Capital Bank | 2,072,595.32 | 2,072,595.32 | 0.00 | 0.00 |
| 24S | Cornerstone Capital LLC | 2,646,034.90 | 2,646,034.90 | 0.00 | 0.00 |
| 39 | DC GOV'T OFFICE OF TAX AND REVENUE | 94,055.44 | 94,055.44 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   49,965.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Wendell W. Webster | 2,804.54 | 0.00 | 2,804.54 |
| Trustee, Fees - Bryan S. Ross | 4,206.81 | 0.00 | 4,206.81 |
| Trustee, Expenses - Wendell W. Webster, Trustee | 227.96 | 0.00 | 227.96 |
| Trustee, Expenses - Bryan S. Ross | 239.45 | 0.00 | 239.45 |
| Attorney for Trustee Fees (Other Firm) - Selzer Gurvitch Rabin | 25,000.00 | 25,000.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $   7,478.76
Remaining balance:   $   42,486.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   42,486.70

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,824.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Internal Revenue Service | 8,824.58 | 0.00 | 8,824.58 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 8,824.58 |
| Remaining balance: | $ 33,662.12 |

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
  Timely claims of general (unsecured) creditors totaling $23,522,955.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | AG's Enterprise, Inc. | 0.00 | 0.00 | 0.00 |
| 3 | Sidharth Dugar | 120,000.00 | 0.00 | 171.73 |
| 4 | BMC East LLC | 105,373.72 | 0.00 | 150.80 |
| 5U | Internal Revenue Service | 55,629.63 | 0.00 | 79.61 |
| 6 | VVS RI Development LLC | 0.00 | 0.00 | 0.00 |
| 7 | Compass, Inc. | 1,757,235.23 | 0.00 | 2,514.76 |
| 8 | Ross Marguilies | 96,000.00 | 0.00 | 137.38 |
| 9 | W. Bryan Cunningham and Fairleigh Cunningham | 675,000.00 | 0.00 | 965.99 |
| 10 | Fazio Brothers Investment | 50,000.00 | 0.00 | 71.55 |
| 11 | Verizon | 118.22 | 0.00 | 0.00 |
| 12 | Verizon | 155.85 | 0.00 | 0.00 |
| 13 | Mahmoud Sabouri-Yazdi and Batoul Sabouri-Yazdi | 424,952.80 | 0.00 | 608.15 |
| 14 | Chirag Patel | 250,000.00 | 0.00 | 357.77 |
| 16 | Goldman Sachs Bank USA | 1,040,784.45 | 0.00 | 1,489.46 |
| 17 | Lastos Finance, LLC | 2,066,335.00 | 0.00 | 2,957.11 |
| 18 | Tom Hardy | 63,000.00 | 0.00 | 90.16 |
| 19 | Yoshie Haga | 1,613,382.19 | 0.00 | 2,308.90 |
| 20 | Capital Bank | 91,000.00 | 0.00 | 130.23 |
| 21 | Capital Bank | 204,000.00 | 0.00 | 291.94 |
| 23 | Capital Bank | 630,022.75 | 0.00 | 901.62 |
| 24U | Cornerstone Capital LLC | 931,755.56 | 0.00 | 1,333.43 |
| 25 | Ashley Funding Services, LLC | 681.00 | 0.00 | 0.00 |
| 26 | David Bloom | 207,314.00 | 0.00 | 296.69 |
| 27 | Michael Hines | 294,092.45 | 0.00 | 420.87 |
| 28 | Jason Goozh, Manager Blue Water Funding | 2,332,060.17 | 0.00 | 3,337.39 |
| 29 | Jason Goozh, Manager Blue Water Funding | 7,194,998.94 | 0.00 | 10,296.70 |
| 30 | Christine S. Ramapuram | 51,688.66 | 0.00 | 73.97 |
| 31 | Dila Development and Construction, LLC | 369,984.88 | 0.00 | 529.48 |
| 32 | Christian G. Waller | 0.00 | 0.00 | 0.00 |
| 33 | CMX Construction Group LLC | 2,295,549.66 | 0.00 | 3,285.14 |
| 34 | Eli Hoory | 258,543.00 | 0.00 | 370.00 |

**UST Form 101-7-TFR(5/1/2011)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 35 | City Permit | 53,870.80 | 0.00 | 77.09 |
| 37 | Christian G. Waller | 289,426.82 | 0.00 | 414.20 |

Total to be paid for timely general unsecured claims: $ 33,662.12
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $127,838.22 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 36 | Global Debt Solutions, Inc. Agent | 27,838.22 | 0.00 | 0.00 |
| 38 | Adam Laughin Crain | 100,000.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $25,134.80 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5S | Internal Revenue Service | 25,134.80 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00