# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>MATTHEW EDWARD SHKOR | CASE NO: 21-00041<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 5/5/2025, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report And Application For Compensation And Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/5/2025

/s/ /s/ Wendell W. Webster
/s/ Wendell W. Webster  245696
Chapter 7 Panel Trustee
Webster & Fredrickson, PLLC
1101 Conn. Ave., NW, Suite 402
Washington, DC  20036
202 659 8510
wwebster@websterfredrickson.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>MATTHEW EDWARD SHKOR | CASE NO: 21-00041<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 5/5/2025, a copy of the following documents, described below,

Notice of Trustee's Final Report And Application For Compensation And Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/5/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Wendell W. Webster
Webster & Fredrickson, PLLC
1101 Conn. Ave., NW, Suite 402
Washington, DC  20036

```
USPS FIRST CLASS MAILING MANIFEST: Supplement/Certificate of Mailing via First Class USPS Mail Service.
Parties with names struck through were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING     AGS ENTERPRISE INC                   ARTHUR LANDER CPA PC
00901                                1926 MARTIN LUTHER KING JR AVE SE    300 N WASHINGTON ST
CASE 21-00041-ELG                    SUITE 200                            SUITE 104
UNITED STATES BANKRUPTCY COURT FOR THE  WASHINGTON DC 20020-7010          ALEXANDRIA VA 22314-2530
DISTRI
WASHINGTON DC
MON MAY 5 13-41-08 EDT 2025


CMX CONSTRUCTION GROUP LLC           CORNERSTONE CAPITAL LLC              DILA DEVELOPMENT AND CONSTRUCTION LLC
1776 FLORIDA AVENUE NW               CO CATHERINE KELLER HOPKIN ESQUIRE   1200 POTOMAC AVENUE SE
WASHINGTON DC 20009                  YUMKAS VIDMAR SWEENEY  MULRENIN LLC  WASHINGTON DC 20003-4116
                                     185 ADMIRAL COCHRANE DRIVE SUITE 130
                                     ANNAPOLIS MD 21401-7582


FERGUSON ENTERPRISES LLC             MATCAP                               MCNAMEE HOSEA PA
13890 LOWE STREET                    125 WEST STREET                      6411 IVY LANE
CHANTILLY VA 20151-3277              4TH FLOOR                            SUITE 200
                                     ANNAPOLIS MD 21401-2897              GREENBELT MD 20770-1405


U S TRUSTEE FOR REGION FOUR          VVS RI DEVELOPMENT LLC               VVS RI DEVELOPMENT LLC
U S TRUSTEES OFFICE                  CO THE VERSTANDIG LAW FIRM LLC       CO BENJAMIN P SMITH ESQ
1725 DUKE STREET                     1452 W HORIZON RIDGE PKWY 665        SHULMAN ROGERS
SUITE 650                            HENDERSON NV 89012-4422              12505 PARK POTOMAC AVE
ALEXANDRIA VA 22314-3489                                                  6TH FLOOR
                                                                          POTOMAC MD 20854-6803


WASHINGTON DC                        1311 R STREET NW LLC                 AGS ENTERPRISE INC
E BARRETT PRETTYMAN U S COURTHOUSE   1738 R STREET NW                     1926 MARTIN LUTHER KING JR SE STE 2
333 CONSTITUTION AVE NW 1225         WASHINGTON DC 20009-2410             WASHINGTON DC 20020-7010
WASHINGTON DC 20001-2802


AGS ENGINEERING                      ADAM LAUGHIN CRAIN                   ALISON MULLINS
2425 WILSON BLVD  404                7840 NE 122ND PLACE                  SHANNON MULLINS  WRIGHT LLP
ARLINGTON VA 22201-3326              KIRKLAND WA 98034-5839               124 S ROYAL STREET
                                                                          ALEXANDRIA VA 22314-3328


ARLINGTON COUNTY VIRGINIA            ASHLEY FUNDING SERVICES LLC          BMC EAST LLC
OFFICE OF THE TREASURER              RESURGENT CAPITAL SERVICES           100 SHOCKOE SLIP FLOOR 2
COMPLIANCE DIVISION                  PO BOX 10587                         RICHMOND VA 23219-4100
2100 CLARENDON BLVD SUITE 217        GREENVILLE SC 29603-0587
ARLINGTON VA 22201-5447


BMC EAST LLC                         BENJAMIN SMITH                       BENJAMIN SMITH TRUSTEE
8020 ARCO CORPORATE DRIVE SUITE 400  SHULMAN ROGERS                       SHULMAN ROGERS
RALEIGH NC 27617-2037                12505 PARK POTOMAC AVENUE 6TH FLOOR  12505 PARK POTOMAC AVENUE 6TH FLOOR
                                     POTOMAC MD 20854-6803                POTOMAC MD 20854-6803


BERNARD S GRIMM                      BIZHAN BEIRAMEE                      BLUE WATER FUNDING LLC
THE LAW OFFICE OF BERNARD GRIMM      BEIRAMEE LAW GROUP PC                350 FORTUNE TERRACE 2ND FLOOR
409 7TH STREET NW SUITE 300          7508 WISCONSIN AVENUE 2ND FLOOR      ROCKVILLE MD 20854-2989
WASHINGTON DC 20004-2317             BETHESDA MD 20814-3561
```

```
USPS FIRST CLASS MAILING RECIPIENTS: Supplement/Certificate of Mailing served via First Class USPS Mail Service.
Parties with names struck through were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| CMX CONSTRUCTION GROUP LLC<br>CO JAMES M LOOTS<br>LOOTSLAW PC<br>634 G STREET SE STE 200<br>WASHINGTON DC 20003-2730 | CAPITAL BANK<br>2275 RESEARCH BLVD SUITE 600<br>ROCKVILLE MD 20850-6238 | CAPITAL BANK<br>ONE CHURCH STREET<br>ROCKVILLE MD 20850-4158 |
| CAPITAL BANK NA<br>2275 RESEARCH BOULEVARD<br>SUITE 600<br>ROCKVILLE MD 20850-6238 | CASEY TAYLOR PATTEN<br>PATTEN HOLDINGS LLC<br>1252 MARYLAND AVENUE NE<br>WASHINGTON DC 20002-8635 | CHARLES MADISON WARREN III<br>20 HUNTINGTON DRIVE<br>CLARKSVILLE TN 37043-5823 |
| CHIRAG PATEL<br>10805 PINEY MEETINGHOUSE ROAD<br>POTOMAC MD 20854-1308 | CHIRAG PATEL<br>12150 ANNAPOLIS ROAD SUITE 111<br>GLENN DALE MD 20769-9183 | CHRISTIAN G WALLER<br>701 COBBLESTONE BLVD UNIT 305<br>FREDERICKSBURG VA 22401-6620 |
| CHRISTIAN G WALLER<br>CO NEIL D GOLDMAN<br>510 KING STREET SUITE 416<br>ALEXANDRIA VA 22314-3132 | CHRISTINE S RAMAPURAM<br>RAMAPURAM LAW PLC<br>10529-B BRADDOCK ROAD<br>FAIRFAX VA 22032-2245 | CHRISTOPHER L MEAZELL<br>POTOMAC LAW GROUP<br>1300 PENNSYLVANIA AVE NW SUITE 700<br>WASHINGTON DC 20004-3024 |
| CITY PERMIT<br>3191 GRAND AVE 188<br>MIAMI FL 33133-5103 | COMPASS CONCIERGE<br>90 FIFTH AVENUE 3RD FLOOR<br>NEW YORK NY 10011-7624 | COMPASS REAL ESTATE<br>1313 14TH STREET NW<br>WASHINGTON DC 20005-3610 |
| COMPASS INC<br>CO CHRISTOPHER J GIAIMO ESQ<br>2550 M STREET NW<br>WASHINGTON DC 20037-1301 | CORNERSTONE CAPITAL LENDING<br>7101 WISCONSIN AVENUE SUITE 600<br>BETHESDA MD 20814-4805 | DC OFFICE OF TAX AND REVENUE<br>1101 4TH STREET SW  270<br>WASHINGTON DC 20024-4457 |
| DC GOVT OFFICE OF TAX AND REVENUE<br>PO BOX 37559<br>WASHINGTON DC 20013-7559 | DC GOVT OFFICE OF TAX AND REVENUE<br>PO BOX 75520<br>WASHINGTON DC 20013-0520 | DARYL JUDY<br>1443 Q STREET NW<br>WASHINGTON DC 20009-3807 |
| DAVID A DOPSOYLE<br>LASA MONROIG  VEVE LLP<br>1250 CONNECTICUT AVENUE NW<br>SUITE 700<br>WASHINGTON DC 20036-2657 | DAVID BLOOM<br>124 S ROYAL STREET<br>ALEXANDRIA VA 22314-3328 | DILA DEVELOPMENT AND CONSTRUCTION LLC<br>CO JEFFREY M ORENSTEIN ESQ<br>15245 SHADY GROVE RD SUITE 465<br>ROCKVILLE MD 20850-7203 |
| DISTRICT OF COLUMBIA<br>1350 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20004-3003 | DISTRICT OF COLUMBIA<br>441 4TH STREET NW<br>WASHINGTON DC 20001-2714 | EAGLEBANK<br>6010 EXECUTIVE BLVD SUITE 800<br>ROCKVILLE MD 20852-3815 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ELI HOORY<br>513 KENYON ST NW<br>UNIT B<br>WASHINGTON DC 20010-2907 | ELIZABETH A LAFFOON<br>CO THE LAW OFFICES OF JOHN E REID PLLC<br>5335 WISCONSIN AVE NW<br>SUITE 700<br>WASHINGTON DC 20015-2056 | ERIC HIRSHFELD<br>2294 CHAMPLAIN STREET NW<br>WASHINGTON DC 20009-2618 |
| EVERSLEY SIFONTES<br>1726 19TH STREET NW APT 23<br>WASHINGTON DC 20009-1664 | FACTOTUM REMODELING VENTURES<br>11401 GRANDVIEW AVENUE SUITE 6<br>SILVER SPRING MD 20902-2712 | FAZIO BROTHERS INVESTMENT<br>FAZIO AND ASSOCIATES<br>PO BOX 1405<br>MT PLEASANT SC 29465-1405 |
| FERGUSON ENTERPRISES<br>PO BOX 2778<br>12500 JEFFERSON AVENUE<br>NEWPORT NEWS VA 23602-4314 | GENESIS CAPITAL ATTN DAVID FERGUSON FINANCE<br>15303 VENTURA BLVD SUITE 700<br>SHERMAN OAKS CA 91403-3197 | GLOBAL DEBT SOLUTIONS INC AGENT<br>2295 CORPORATE BLVD NW<br>SUITE 120<br>BOCA RATON FL 33431-7323 |
| GOLDMAN SACHS BANK USA<br>200 WEST STREET<br>NEW YORK NY 10282-2198 | GREGORY BRENNAN<br>11510 DONA DOROTEA DRIVE<br>STUDIO CITY CA 91604-4249 | IAGI INC<br>JESSE TARR<br>3191 GRAND AVENUE SUITE 188<br>MIAMI FL 33133-5103 |
| IAN GILL THOMAS<br>OFFIT KURMAN<br>1325 G STREET NW SUITE 500<br>WASHINGTON DC 20005-3136 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA PA 19101-7317 |
| INTOWN DEVELOPMENT<br>ATTN ERIC HIRSHFELD<br>1734 20TH STREET NW<br>WASHINGTON DC 20009-1105 | JACOB A GINSBERG TRUSTEE<br>BREGMAN BERBERT SCHWARTZ  GILDAY LLC<br>7315 WISCONSIN AVENUE SUITE 800 WEST<br>BETHESDA MD 20814-3217 | JAMES M LOOTS<br>LAW OFFICES OF JAMES M LOOTS PC<br>634 G STREET SE SUITE 200<br>WASHINGTON DC 20003-2730 |
| JAMIE A MASTANDREA<br>JAMIE A MASTANDREA PC<br>5200-B ROLLING ROAD<br>BURKE VA 22015-4696 | JARED ALEXANDER CRAIN<br>919 HEATHGATE ROAD<br>KNOXVILLE TN 37922-4392 | JASON A PARDOE TRUSTEE<br>PARDOE DRAZIN LLC<br>4400 JENIFER STREET NW<br>SUITE 2<br>WASHINGTON DC 20015-2089 |
| JASON GOOZH MANAGER BLUE WATER FUNDING<br>350 FORTUNE TERRACE 2ND FLOOR<br>ROCKVILLE MD 20854-2989 | JILL CARRAVAGGIO<br>11116 INNSBROOK WAY SUITE B<br>IJAMSVILLE MD 21754-9058 | JOANIE KREGER TRUSTEE<br>CAPITAL BANK<br>2275 RESEARCH BLVD SUITE 600<br>ROCKVILLE MD 20850-6238 |
| JOHN CAPETANAKIS  LASTOS FINANCE LLC<br>2116 S KENT ST<br>ARLINGTON VA 22202-2126 | JOHN E REID<br>LAW OFFICES OF JOHN E REID<br>5335 WISCONSIN AVENUE NW SUITE 700<br>WASHINGTON DC 20015-2056 | JOHN E SKHOR JR TRUSTEE<br>242 S WASHINGTON BLVD  234<br>SARASOTA FL 34236-6943 |

Case 21-00041-ELG   Doc 234-1   Filed 05/05/25   Entered 05/05/25 15:54:00   Desc
Supplement Certificate of Mailing   Page 6 of 8

USPS FIRST CLASS MAILING RECIPIENTS: Supplement/Certificate of Mailing via First Class USPS Mail Service.
Parties with names struck through were not served via First Class USPS Mail Service.

JPMCB AUTO
PO BOX 901003
FORT WORTH TX 76101-2003

KANAIYALAL PATEL
12150 ANNAPOLIS ROAD SUITE 111
GLENN DALE MD 20769-9183

KEVIN ANDERSON
STANDARD TITLE GROUP
1808 FLORIDA AVENUE NW
WASHINGTON DC 20009-1709

KIMBERLY CASEY
WASHINGTON FINE PROPERTIES LLC
1604 14TH STREET NW
WASHINGTON DC 20009-4307

KRISTINE M MAHER
GRAYDON HEAD  RITCHEY LLP
312 WALNUT STREET SUITE 1800
CINCINNATI OH 45202-3157

(P)LASTOS FINANCE LLC
ATTN JOHN CAPETANAKIS
2116 S KENT STREET
ARLINGTON VA 22202-2126

LAWRENCE JOHN ANDERSON
NEALON  ASSOCIATES PC
119 N HENRY STREET
ALEXANDRIA VA 22314-2903

MAHMOUD SABOURIYAZDI AND BATOUL SABOURIYAZ
22019 MILLWICK TERRACE
BROADLANDS VA 20148-6024

MARGARET M MARKS
F DOUGLAS ROSS
ODIN FELDMAN  PITTLEMAN PC
1775 WIEHLE AVENUE SUITE 400
RESTON VA 20190-5159

MEGHAN TOWERS ASSOCIATE GENERAL COUNSEL
901 FIFTH AVE 3RD FLOOR
NEW YORK NY 10021-4157

MICHAEL HINES
638 PRINCETON PLACE NW
WASHINGTON DC 20010-1605

MICHAEL J BRAMMICK
BRAMMICK CREED
4520 EAST WEST HIGHWAY SUITE 700
BETHESDA MD 20814-6907

MICHAEL J LICHTENSTEIN ESQUIRE
SHULMAN ROGERS GANDAL PORDY  ECKER PA
12505 PARK POTOMAC AVENUE 6TH FL
POTOMAC MD 20854-6803

MICHAEL N RUSSO JR ESQUIRE
125 WEST ST 4TH FL
ANNAPOLIS MD 21401-2897

MID SOUTH BUILDING SUPPLY INC
7940 WOODRUFF COURT
SPRINGFIELD VA 22151-2122

PHILLIP SKILLMAN
3925 5TH STREET NW
WASHINGTON DC 20011-5921

PINOS CONSTRUCTION CORPORATION
6820 ANNAPOLIS ROCK ROAD
WOODBINE MD 21797-7600

POTOMAC CONSTRUCTION 1525 P STREET LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC CONSTRUCTION 1602 LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC CONSTRUCTION 1906 BILTMORE LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC CONSTRUCTION BILTMORE LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC CONSTRUCTION DESIGNBUILD LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC CONSTRUCTION FLATS LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC CONSTRUCTION GROUP OF DC LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC CONSTRUCTION GROUP OF VA LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC CONSTRUCTION GROUP OF VIRGINIA
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC CONSTRUCTION LOWELL LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

USPS FIRST CLASS MAILING RECIPIENTS: Supplement/Certificate of Mailing-via First Class USPS Mail Service.
Parties with names struck through were not served via First Class USPS Mail Service.

POTOMAC DEVELOPMENT 3117 35TH STREET LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC DEVELOPMENT HOLDINGS
1738 R STREET NW
WASHINGTON DC 20009-2410

POTOMAC KINGMAN LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

QUINCY STREET TOWNHOMES I LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

QUINCY STREET TOWNHOMES II LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

RICHARD E HAGERTY
MARY C ZINSNER
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9TH STREET NW SUITE 1000
WASHINGTON DC 20004-2146

RICHARD M SISSMAN
FRACASSI MAHDAVI SISSMAN  RAND LLP
600 JEFFESON PLAZA SUITE 308
ROCKVILLE MD 20852-1161

ROSS DAVID MARGULIES
433 QUINCY STREET NW
WASHINGTON DC 20011-5929

ROSS MARGUILIES
1302 STRATTON AVENUE
NASHVILLE TN 37206-2718

SARA A CLASPER
SHULMAN ROGERS ET AL
12505 PARK POTOMAC AVENUE 6TH FLOOR
POTOMAC MD 20854-6803

SETH W DIAMOND
ONE RESEARCH COURT SUITE 450
ROCKVILLE MD 20850-6252

SHAWN C WHITTAKER ESQ
1010 ROCKVILLE PIKE SUITE 607
ROCKVILLE MD 20852-1475

SHKOR FAMILY TRUST
CO JOHN E SHKOR JR TRUSTEE
242 S WASHINGTON BLVD  234
SARASOTA FL 34236-6943

SHKOR LEGACY TRUST
CO JOHN E SHKOR JR TRUSTEE
242 S WASHINGTON BLVD  234
SARASOTA FL 34236-6943

SIDHARTH DUGAR
508 LOST ACRE LANE
GREAT FALLS VA 22066-3010

TPC 1522 RHODE ISLAND LLC
1738 R STREET NW
WASHINGTON DC 20009-2410

TOM HARDY
1334 VERMONT AVENUE NW
WASHINGTON DC 20005-3607

TRENT HEMINGER
TRENT   CO
5471 WISCONSIN AVENUE NW
CHEVY CHASE MD 20815-3546

VVS RI DEVELOPMENT LLC
CO BENJAMIN P SMITH ESQ
SHULMAN ROGERS
12505 PARK POTOMAC AVE 6TH FLR
POTOMAC MD 20854-6803

VVS RI DEVELOPMENT LLC
CO SRINIVAS CHAVALI
13872 REMBRANDT WAY
CHANTILLY VA 20151-3256

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

VERIZON BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA OK 73118-7901

W BRYAN CUNNINGHAM AND FAIRLEIGH CUNNINGHAM
PO BOX 1304
ALEXANDRIA VA 22313-1304

WHITAKER MEYERS
1010 ROCKVILLE PIKE SUITE 607
ROCKVILLE MD 20852-1475

WILLIAM B CUNNINGHAM
FARLEIGH CUNNINGHAM
PO BOX 1304
ALEXANDRIA VA 22313-1304

WILLIAM FORREST CRAIN
43414 MOUNTCASTLE DRIVE
CHANTILLY VA 20152-2585

WM BRYAN CUNNINGHAM AND FARLEIGH CUNNINGHAM
CO JAMES M LOOTS ESQ
LOOTSLAW PC
634 G STREET SE STE 200
WASHINGTON DC 20003-2730

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through were not served via First Class USPS Mail Service.

YOSHIE HAGA
7307 ELDORADO STREET
MCLEAN VA 22102-2904

ALAN D EISLER
EISLER HAMILTON LLC
1 RESEARCH COURT
SUITE 450
ROCKVILLE MD 20850-6252

CHRISTIAN G WALLER
701 COBBLESTONE BOULEVARD
305
FREDERICKSBURG VA 22401-6620

JASON A PARDOE
PARDOE DRAZIN LLC
4400 JENIFER STREET NW
SUITE 2
WASHINGTON DC 20015-2089

DEBTOR
MATTHEW EDWARD SHKOR
1738 R STREET NW
WASHINGTON DC 20009-2410

W BRYAN CUNNINGHAM
PO BOX 1304
ALEXANDRIA VA 22313-1304

WENDELL W WEBSTER
WENDELL W WEBSTER TRUSTEE
1101 CONNECTICUT AVENUE NW
SUITE 402
WASHINGTON DC 20036-4303