The order below is hereby signed.

Signed: May 29 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DISTRICT OF COLUMBIA

In re:

SHKOR, MATTHEW EDWARD

Case No. 21-00041
Chapter 7

Debtor(s).

## ORDER APPROVING FINAL REPORT, DISTRIBUTION AND APPLICATIONS FOR FEES AND EXPENSES

Upon consideration of the Trustee's Final Report and Proposed Distribution and the accompanying Applications (the "Report"), notice of the Report having been given to creditors, there being no objection made to the Report, or if made, the same being resolved by the entry of this Order, and for good cause shown, it is hereby:

ORDERED:

1. Reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| Applicant | Compensation | Expenses |
|---|---|---|
| Bryan Ross<br>Trustee | $4,206.81 | $239.45 |
| Wendell W. Webster<br>Successor Trustee | $2,804.54 | $227.96 |

1

2.  The final report and distribution to creditors are hereby approved and the Trustee is directed to make payment in accordance with said distribution.

**I ASK FOR THIS:**

*Wendell W. Webster*
Wendell W. Webster, Esq.
Chapter 7 Trustee
DC Bar No. 245696

Copies to:

All parties registered to receive service through the Court's CM/ECF system and:

Wendell W. Webster, Trustee
Webster & Fredrickson, PLLC
1101 Conn. Ave., NW
Suite 402
Washington, DC 20036

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA  22314