Wendell W. Webster, Esq.
Webster, Fredrickson & Walker, PLLC
1101 Conn. Ave., NW, Suite 402
Washington, DC 20036
Tel (202)659-8510
Fax (202)659-4082
wwebster@websterfredrickson.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| MATTHEW EDWARD SHKOR | )   Case No. 21-00041 |
| | )   Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |

**REPORT DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to 11 U.S.C. §347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure, trustee hereby submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of Two Thousand Five Hundred Fifty-Six Dollars and One Cent ($2,556.01) representing unclaimed funds to be deposited by the Clerk of the United States Bankruptcy Court into the treasury of the United States. Trustee understands that said funds are subject to deposit and withdrawal as provided under 28 U.S.C. §§2041 and 2042 and shall not escheat under any state law. The unclaimed funds represent payments made, pursuant to the Trustee Final Report in Chapter 7 Case No. 21-00041, in the following amounts:

| | |
|---|---|
| Fazio Brothers Investment | $    71.55 |
| Mahmoud Sabouri Yazdi & Batoul Sabouri Yazdi | $  608.15 |
| Goldman Sachs Bank USA | $1,489.46 |
| Tom Hardy | $    90.16 |
| David Bloom | $  296.69 |

1

Date: November 19, 2025                                         Respectfully submitted,

                                                                                          */s/ Wendell W. Webster*
Wendell W. Webster, Esq.
Chapter 7 Trustee, Estate of
Matthew Edward Shkor
1101 Conn. Ave., N.W., Suite 402
Washington, D.C. 20036
(202) 659-8510

## Certificate of Service

I hereby certify that on this 19th day of November, 2025, a true and correct copy of the foregoing Report Deposit of Unclaimed Funds was served by first-class mail, postage prepaid, upon the following parties and upon the Clerk of the U.S. Bankruptcy Court for the District of Columbia and Michael T. Freeman, Assistant U.S. Trustee, Office of the U.S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314.

Fazio Brothers Investment
Fazio and Associates
P.O. Box 1405
Mt. Pleasant, SC 29465

Mahmoud Sabouri Yazdi & Batoul Sabouri Yazdi
22019 Millwick Terrace
Broadlands, VA 20148

Goldman Sachs Bank USA
Genesis Capital - Attn: David Ferguson, Finance
15303 Ventura Blvd, Suite 700
Sherman Oaks, CA 91403

Tom Hardy
1334 Vermont Avenue, NW
Washington, DC 20005

David Bloom
Allison Mullins, Esq.
124 S. Royal Street
Alexandria, VA 22314

                                                           */s/ Wendell W. Webster*
Wendell W. Webster, Chapter 7 Trustee