THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND A TRUE WATERMARK -HOLD AT AN ANGLE TO VIEW

**Wendell W. Webster**
1101 Conn. Ave., NW Suite 402
Washington, DC 20036

TriState Capital Bank
Pittsburgh, PA
Phone: 1-866-680-8722 option 2

138
08-1900/430
**VOID AFTER 90 DAYS**

Debtor
MATTHEW EDWARD SHKOR (21-00041-GLE)

Date  11/19/2025

Unclaimed Funds - Ch 7 Case # 21-00041                    $    *******2,556.01

~~~Two Thousand Five Hundred Fifty Six Dollars and 01/100

Pay to the Order of
Clerk, U.S. Bankruptcy Court District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Wendell W. Webster, Trustee

**Re: Matthew Edward Shkor**
**Chapter 7 Case No. 21-00041**

Dear Sir/ Madam,

Pursuant to my telephone call with Ms. Renee Jackson, I am enclosing a check, payable to the Clerk, U.S. Bankruptcy Court for the District of Columbia, in the amount of $2,556.01. This check represents unclaimed funds in the above-referenced chapter 7 bankruptcy case. I have filed the enclosed Report of Unclaimed Funds, reflecting unclaimed funds payable to these parties in the following amounts:

| | |
|---|---|
| Fazio Brothers Investment | $ 71.55 |
| Mahmoud Sabouri Yazdi & Batoul Sabouri Yazdi | $ 608.15 |
| Goldman Sachs Bank USA | $ 1,489.46 |
| Tom Hardy | $ 90.16 |
| David Bloom | $ 296.69 |

Please do not hesitate to contact me via my cellphone (443) 949-5609, if you have any questions regarding this matter.

Thank you.

Very truly yours,

Wendell W. Webster, Chapter 7 Trustee
Matthew Edward Shkor

Enclosures