**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re: MATTHEW EDWARD SHKOR   §   Case No. 21-00041
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Wendell W. Webster, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,516,690.00 | Assets Exempt: | $3,501,610.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $42,486.70 | Claims Discharged Without Payment: | $33,695,652.01 |
| Total Expenses of Administration: | $32,740.22 | | |

　　　3) Total gross receipts of $75,226.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $75,226.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,817,772.83 | $5,121,853.76 | $5,121,853.76 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $32,740.22 | $32,740.22 | $32,740.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $14,955.93 | $8,824.58 | $8,824.58 | $8,824.58 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $10,050,829.32 | $25,846,306.98 | $23,678,484.81 | $33,662.12 |
| **TOTAL DISBURSEMENTS** | $15,883,558.08 | $31,009,725.54 | $28,841,903.37 | $75,226.92 |

4) This case was originally filed under chapter 7 on 02/05/2021.  The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2026

By: /s/ Wendell W. Webster

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Auto Finance | 1229-000 | $685.00 |
| 9019 Settlement | 1249-000 | $12,000.00 |
| 9019 Settlement | 1249-000 | $13,000.00 |
| Potomac Construction 1522 Rhode Island Avenue NE | 1249-000 | $49,541.92 |
| **TOTAL GROSS RECEIPTS** | | **$75,226.92** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Casey Taylor Patten | 4110-000 | NA | $185,000.00 | $185,000.00 | $0.00 |
| 15 | Ferguson Enterprises, LLC | 4110-000 | NA | $124,168.10 | $124,168.10 | $0.00 |
| 22 | Capital Bank | 4110-000 | NA | $2,072,595.32 | $2,072,595.32 | $0.00 |
| 24S | Cornerstone Capital LLC | 4110-000 | NA | $2,646,034.90 | $2,646,034.90 | $0.00 |
| 39 | DC GOV'T OFFICE OF TAX AND REVENUE | 4110-000 | NA | $94,055.44 | $94,055.44 | $0.00 |
| N/F | Capital Bank | 4110-000 | $2,050,695.00 | NA | NA | NA |
| N/F | Cornerstone Capital Lending | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Cornerstone Capital Lending | 4110-000 | $1,250,000.00 | NA | NA | NA |
| N/F | Cornerstone Capital Lending | 4110-000 | $2,517,077.83 | NA | NA | NA |
|  | **TOTAL SECURED** |  | **$5,817,772.83** | **$5,121,853.76** | **$5,121,853.76** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wendell W. Webster | 2100-000 | NA | $2,804.54 | $2,804.54 | $2,804.54 |
| Trustee, Fees - Bryan S. Ross | 2100-000 | NA | $4,206.81 | $4,206.81 | $4,206.81 |
| Trustee, Expenses - Wendell W. Webster, Trustee | 2200-000 | NA | $227.96 | $227.96 | $227.96 |
| Trustee, Expenses - Bryan S. Ross | 2200-000 | NA | $239.45 | $239.45 | $239.45 |
| Bond Payments - BOND | 2300-000 | NA | $79.54 | $79.54 | $79.54 |
| Bond Payments - Insurance Partners | 2300-000 | NA | $74.27 | $74.27 | $74.27 |
| Bank Service Fees - Axos Bank | 2600-000 | NA | $99.63 | $99.63 | $99.63 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $8.02 | $8.02 | $8.02 |
| Attorney for Trustee Fees (Other Firm) - Selzer Gurvitch Rabin | 3210-000 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $32,740.22 | $32,740.22 | $32,740.22 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Internal Revenue Service | 5800-000 | NA | $8,824.58 | $8,824.58 | $8,824.58 |
| N/F | Arlington County Virginia | 5600-000 | $14,955.93 | NA | NA | NA |
| N/F | D.C. Office of Tax and Revenue | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$14,955.93** | **$8,824.58** | **$8,824.58** | **$8,824.58** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Clerk, U.S. Bankruptcy Court District of Columbia | 7100-000 | NA | $2,556.01 | $2,556.01 | $2,556.01 |
| 1 | AG's Enterprise, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | Sidharth Dugar | 7100-000 | NA | $120,000.00 | $120,000.00 | $171.73 |
| 4 | BMC East LLC | 7100-000 | NA | $105,373.72 | $105,373.72 | $150.80 |
| 5S | Internal Revenue Service | 7300-000 | $0.00 | $25,134.80 | $25,134.80 | $0.00 |
| 5U | Internal Revenue Service | 7100-000 | $0.00 | $80,764.43 | $55,629.63 | $79.61 |
| 6 | VVS RI Development LLC | 7100-000 | $0.00 | $1,917,687.37 | $0.00 | $0.00 |
| 7 | Compass, Inc. | 7100-000 | NA | $1,757,235.23 | $1,757,235.23 | $2,514.76 |
| 8 | Ross Marguilies | 7100-000 | NA | $96,000.00 | $96,000.00 | $137.38 |
| 9 | W. Bryan Cunningham and Fairleigh Cunningham | 7100-000 | NA | $675,000.00 | $675,000.00 | $965.99 |
| 10 | Fazio Brothers Investment | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 11 | Verizon | 7100-000 | NA | $118.22 | $118.22 | $0.00 |
| 12 | Verizon | 7100-000 | NA | $155.85 | $155.85 | $0.00 |
| 13 | Mahmoud Sabouri-Yazdi and Batoul Sabouri-Yazdi | 7100-000 | NA | $424,952.80 | $424,952.80 | $0.00 |
| 14 | Chirag Patel | 7100-000 | NA | $250,000.00 | $250,000.00 | $357.77 |
| 16 | Goldman Sachs Bank USA | 7100-000 | NA | $1,040,784.45 | $1,040,784.45 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Lastos Finance, LLC | 7100-000 | NA | $2,066,335.00 | $2,066,335.00 | $2,957.11 |
| 18 | Tom Hardy | 7100-000 | NA | $63,000.00 | $63,000.00 | $0.00 |
| 19 | Yoshie Haga | 7100-000 | NA | $1,613,382.19 | $1,613,382.19 | $2,308.90 |
| 20 | Capital Bank | 7100-000 | NA | $91,000.00 | $91,000.00 | $130.23 |
| 21 | Capital Bank | 7100-000 | NA | $204,000.00 | $204,000.00 | $291.94 |
| 23 | Capital Bank | 7100-000 | NA | $630,022.75 | $630,022.75 | $901.62 |
| 24U | Cornerstone Capital LLC | 7100-000 | NA | $931,755.56 | $931,755.56 | $1,333.43 |
| 25 | Ashley Funding Services, LLC | 7100-000 | NA | $681.00 | $681.00 | $0.00 |
| 26 | David Bloom | 7100-000 | NA | $207,314.00 | $207,314.00 | $0.00 |
| 27 | Michael Hines | 7100-000 | NA | $294,092.45 | $294,092.45 | $420.87 |
| 28 | Jason Goozh, Manager Blue Water Funding | 7100-000 | $0.00 | $2,557,060.17 | $2,332,060.17 | $3,337.39 |
| 29 | Jason Goozh, Manager Blue Water Funding | 7100-000 | NA | $7,194,998.94 | $7,194,998.94 | $10,296.70 |
| 30 | Christine S. Ramapuram | 7100-000 | NA | $51,688.66 | $51,688.66 | $73.97 |
| 31 | Dila Development and Construction, LLC | 7100-000 | NA | $369,984.88 | $369,984.88 | $529.48 |
| 32 | Christian G. Waller | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | CMX Construction Group LLC | 7100-000 | NA | $2,295,549.66 | $2,295,549.66 | $3,285.14 |
| 34 | Eli Hoory | 7100-000 | NA | $258,543.00 | $258,543.00 | $370.00 |
| 35 | City Permit | 7100-000 | NA | $53,870.80 | $53,870.80 | $77.09 |
| 36 | Global Debt Solutions, Inc. Agent | 7200-000 | NA | $27,838.22 | $27,838.22 | $0.00 |
| 37 | Christian G. Waller | 7100-000 | $0.00 | $289,426.82 | $289,426.82 | $414.20 |
| 38 | Adam Laughin Crain | 7200-000 | NA | $100,000.00 | $100,000.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | AGS Engineering | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Adam Craig Laughlin | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | BMC East, LLC | 7100-000 | $114,467.11 | NA | NA | NA |
| N/F | Blue Water Funding, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Casey Taylor Patten | 7100-000 | $200,000.00 | NA | NA | NA |
| N/F | Charles Madison Warren III | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Chirag Patel | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Christian G. Waller | 7100-000 | $250,000.00 | NA | NA | NA |
| N/F | Compass Concierge | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Daryl Judy | 7100-000 | $145,000.00 | NA | NA | NA |
| N/F | David Bloom | 7100-000 | $97,369.00 | NA | NA | NA |
| N/F | Dila Development and Construction, LLC | 7100-000 | $250,000.00 | NA | NA | NA |
| N/F | EagleBank | 7100-000 | $1,796,558.87 | NA | NA | NA |
| N/F | Elizabeth A. Laffoon | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Eversley Sifontes | 7100-000 | $20,400.00 | NA | NA | NA |
| N/F | Factotum Remodeling Ventures | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fazio Brothers Investment | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Ferguson Enterprises, LLC | 7100-000 | $123,110.70 | NA | NA | NA |
| N/F | Goldman Sachs Bank USA | 7100-000 | $3,030,264.52 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Gregory Brennan | 7100-000 | $731,000.00 | NA | NA | NA |
| N/F | IAGI, Inc. | 7100-000 | $53,870.80 | NA | NA | NA |
| N/F | Jared Alexander Crain | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | Jpmcb Auto | 7100-000 | $11,726.00 | NA | NA | NA |
| N/F | Kanaiyalal Patel | 7100-000 | $120,000.00 | NA | NA | NA |
| N/F | Kevin Anderson | 7100-000 | $105,000.00 | NA | NA | NA |
| N/F | Kimberly Casey | 7100-000 | $145,000.00 | NA | NA | NA |
| N/F | Lastos Finance LLC | 7100-000 | $920,000.00 | NA | NA | NA |
| N/F | Mahmoud Sabouri-Yazdi | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Michael Hines | 7100-000 | $71,250.00 | NA | NA | NA |
| N/F | Mid South Building Supply, Inc. | 7100-000 | $60,000.00 | NA | NA | NA |
| N/F | Pino's Construction Corporation | 7100-000 | $29,812.32 | NA | NA | NA |
| N/F | Ross David Margulies | 7100-000 | $96,000.00 | NA | NA | NA |
| N/F | Sidharth Dugar | 7100-000 | $120,000.00 | NA | NA | NA |
| N/F | Tom Hardy | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Trent Heminger | 7100-000 | $300,000.00 | NA | NA | NA |
| N/F | William B. Cunningham | 7100-000 | $645,000.00 | NA | NA | NA |
| N/F | William Forrest Crain | 7100-000 | $30,000.00 | NA | NA | NA |
| N/F | Yoshie Haga | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$10,050,829.32** | **$25,846,306.98** | **$23,678,484.81** | **$33,662.12** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 21-00041 | Trustee Name: | (730040) Wendell W. Webster |
| --- | --- | --- | --- |
| Case Name: | MATTHEW EDWARD SHKOR | Date Filed (f) or Converted (c): | 02/05/2021 (f) |
| | | § 341(a) Meeting Date: | 03/11/2021 |
| For Period Ending: | 01/08/2026 | Claims Bar Date: | 05/27/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1738 R Street, N.W., Washington, DC 20009-0000, District of Columb County<br>1738 R Street, N.W., Washington, DC 20009-0000, District of Columb County Single-family home Entire property value: $3,495,000.00 | 3,495,000.00 | 0.00 | | 0.00 | FA |
| 2 | Master bedroom: king bed ($100),2 table lamps $160) foot rest ($100), rug ($100); Second bedroom: king bed ($1,000), drawers ($200), 2 bedside tables ($200), 2 lamps ($160), 1 TV($500), rug ($80); Third bedroom: queen bed ($400); Dining room: dining table ($400), 10 chairs ($800), mirror ($200), drawers ($200); Kitchen: 4 stools ($400), TV ($100); Living room: table lamp ($80), rug ($80), family pictures ($20)<br>Master bedroom: king bed ($100),2 table lamps $160) foot rest ($100), rug ($100); Second bedroom: king bed ($1,000), drawers ($200), 2 bedside tables ($200), 2 lamps ($160), 1 TV($500), rug ($80); Third bedroom: queen bed ($400); Dining room: dining table ($400), 10 chairs ($800), mirror ($200), drawers ($200); Kitchen: 4 stools ($400), TV ($100); Living room: table lamp ($80), rug ($80), family pictures ($20) | 4,860.00 | 0.00 | | 0.00 | FA |
| 3 | Lap top computer ($300), 2 Apple TV's ($50)<br>Lap top computer ($300), 2 Apple TV's ($50) | 350.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing<br>Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding ring<br>Wedding ring | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Dog<br>Dog | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Bank of America<br>Checking: Bank of America | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Potomac Development 1602 Vermont, LLC, 100% ownership<br>Potomac Development 1602 Vermont, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Potomac Construction Biltmore, LLC, 100% ownership<br>Potomac Construction Biltmore, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Potomac Construction Group of DC, LLC, 100% ownership<br>Potomac Construction Group of DC, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Potomac Architects, LLC, 100% ownership<br>Potomac Architects, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 21-00041 | Trustee Name: | (730040) Wendell W. Webster |
| Case Name: | MATTHEW EDWARD SHKOR | Date Filed (f) or Converted (c): | 02/05/2021 (f) |
| | | § 341(a) Meeting Date: | 03/11/2021 |
| For Period Ending: | 01/08/2026 | Claims Bar Date: | 05/27/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Potomac Construction Design/Build, LLC, 100% ownership<br>Potomac Construction Design/Build, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 1311 R Street, NW, L.L.C. (revoked), 100% ownership<br>1311 R Street, NW, L.L.C. (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Matcap, LLC, 49% ownership<br>Matcap, LLC, 49% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | MJ Development LLC, 49% ownership<br>MJ Development LLC, 49% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Recap, LLC, 49% ownership<br>Recap, LLC, 49% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Potomac Construction 1525 P Street, LLC, 100% ownership<br>Potomac Construction 1525 P Street, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Potomac Development 3117 35th Street, LLC (revoked), 100% ownership<br>Potomac Development 3117 35th Street, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Quincy Street Townhomes I, LLC (revoked), 50% ownership<br>Quincy Street Townhomes I, LLC (revoked), 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Quincy Street Townhomes II, LLC (revoked), 50% ownership<br>Quincy Street Townhomes II, LLC (revoked), 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Potomac Construction 1753 Willard, LLC (revoked), 100% ownership<br>Potomac Construction 1753 Willard, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Potomac Construction Group of Virginia, LLC (revoked), 100% ownership<br>Potomac Construction Group of Virginia, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Potomac Construction Flats, LLC (revoked), 100% ownership<br>Potomac Construction Flats, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Potomac Construction Lowell, LLC, 100% ownership<br>Potomac Construction Lowell, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Potomac Development Kenyon Street, LLC (revoked), 100% ownership<br>Potomac Development Kenyon Street, LLC (revoked), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| Case No.: | 21-00041 | Trustee Name: | (730040) Wendell W. Webster |
| --- | --- | --- | --- |
| Case Name: | MATTHEW EDWARD SHKOR | Date Filed (f) or Converted (c): | 02/05/2021 (f) |
| | | § 341(a) Meeting Date: | 03/11/2021 |
| For Period Ending: | 01/08/2026 | Claims Bar Date: | 05/27/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 26 | Kenyon Court 2, LLC (revoked), 71.42% ownership<br>Kenyon Court 2, LLC (revoked), 71.42% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Potomac Construction 1906 Biltmore, LLC, 100% ownership<br>Potomac Construction 1906 Biltmore, LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Principal Life Insurance Company term life insurance: Tanja Broel<br>Principal Life Insurance Company term life insurance: Tanja Broel | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Mass Mutual term life insurance: Tanja Broel<br>Mass Mutual term life insurance: Tanja Broel | 0.00 | 0.00 | | 0.00 | FA |
| 30 | BlueCross Blue Shield health insurance: Matthew Shkor and Tanja Broel<br>BlueCross Blue Shield health insurance: Matthew Shkor and Tanja Broel | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Desk ($200), Chair ($100), lamps ($80)<br>Desk ($200), Chair ($100), lamps ($80) | 380.00 | 80.00 | | 0.00 | FA |
| 32 | 9019 Settlement  (u)<br>Per Court Order | 0.00 | 13,000.00 | | 13,000.00 | FA |
| 33 | 9019 Settlement (u)<br>Per Court Order | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 34 | Potomac Construction 1522 Rhode Island Avenue NE (u)<br>Per confirmed Cpt 11 plan, remaining proceeds after sale of real property in the case of Potomac Construction 1522 Rhone Island Ave NE Case 21-00153 | 0.00 | 49,431.64 | | 49,541.92 | FA |
| 35 | Potomac Construction 1522 Rhode Island Ave NE (u)<br>Attorney Justin Fasano has filed a motion to reopen the Cpt 11. It has come to the Trustee's attention that the debtor may be entitled to certain property taxes paid at closing. These monies under the plan flow directly to the Matthew Shkor case. | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 36 | Chase Auto Finance (u)<br>Refund based on waiver of repossession fees. | 685.00 | 685.00 | | 685.00 | FA |
| 36 | **Assets Totals (Excluding unknown values)** | **$3,517,375.00** | **$90,196.64** | | **$75,226.92** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 21-00041
**Case Name:** MATTHEW EDWARD SHKOR

**Trustee Name:** (730040) Wendell W. Webster
**Date Filed (f) or Converted (c):** 02/05/2021 (f)
**§ 341(a) Meeting Date:** 03/11/2021

**For Period Ending:** 01/08/2026

**Claims Bar Date:** 05/27/2021

**Major Activities Affecting Case Closing:**

4/3/25 - UST submitted question/requests with respect to status of various POCs and request for verification that TFR can be filed given the pending appeal filed with respect to a judgment entered in Adv. Proc. # 21-10012.

3/13/25 - TFR submitted to UST for review.

2/14/25 - Appointed as successor trustee to Bryan Ross.

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):** 03/10/2025 (Actual)

01/08/2026
Date

/s/Wendell W. Webster
Wendell W. Webster

UST Form 101-7-TDR ( 10 /1/2010)

| | Form 2 | | Exhibit 9 |
|---|---|---|---|
| | **Cash Receipts And Disbursements Record** | | Page: 1 |

| Case No.: | 21-00041 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | MATTHEW EDWARD SHKOR | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***4833 | Account #: | ******7067 Checking |
| For Period Ending: | 01/08/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/24/25 | | BRYAN S. ROSS, Ch 7 Trustee | Ch 7 Estate Funds | 50,053.02 | | 50,053.02 |
| | {32} | Shkor Family Trust | 9019 Motion & Order $13,000.00 / 1249-000 | | | |
| | {33} | Shkor Family Trust | 9019 Motion & Order $12,000.00 / 1249-000 | | | |
| | | Axos Bank | Bank Service Fees -$12.47 / 2600-000 | | | |
| | | Axos Bank | Bank Service Fees -$26.70 / 2600-000 | | | |
| | | Axos Bank | Bank Service Fees -$27.56 / 2600-000 | | | |
| | | Axos Bank | Bank Service Fees -$26.64 / 2600-000 | | | |
| | | Selzer Gurvitch Rabin | Attorney Fees de # 152 -$24,850.00 / 3210-000 | | | |
| | | Axos Bank | Bank Service Fees -$6.26 / 2600-000 | | | |
| | {34} | Potomac Construction | Potomac Construction 1522 RI Ave NE $49,431.64 / 1249-000 | | | |
| | | Selzer Gurvitch Rabin | Attorney Fee -$150.00 / 3210-000 | | | |
| | {34} | Premium Title & Escrow LLC | Refund recording fee release $110.28 / 1249-000 | | | |
| | {36} | Chase Auto Finance | Repossession Fees waived $685.00 / 1229-000 | | | |
| | | Insurance Partners | Bond Premium -$49.27 / 2300-000 | | | |
| | | Insurance Partners | Bond Payment -$25.00 / 2300-000 | | | |
| 02/26/25 | 101 | SeibertKeck Insurance Partners | Bond Payment / 2300-000 | | 79.54 | 49,973.48 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 8.02 | 49,965.46 |
| 05/30/25 | 102 | Wendell W. Webster | Admn Claim / 2100-000 | | 2,804.54 | 47,160.92 |
| 05/30/25 | 103 | Wendell W. Webster, Trustee | Admn Claim / 2200-000 | | 227.96 | 46,932.96 |
| 05/30/25 | 104 | Bryan S. Ross | Admn Claim / 2100-000 | | 4,206.81 | 42,726.15 |
| 05/30/25 | 105 | Bryan S. Ross | Admn Claim / 2200-000 | | 239.45 | 42,486.70 |
| 05/30/25 | 106 | Internal Revenue Service | Priority Claim / 5800-000 | | 8,824.58 | 33,662.12 |
| 05/30/25 | 107 | Sidharth Dugar | Pro Rata Unsecured Claim Pymt / 7100-000 | | 171.73 | 33,490.39 |
| 05/30/25 | 108 | BMC East LLC | Pro Rata Unsecured Claim / 7100-000 | | 150.80 | 33,339.59 |
| 05/30/25 | 109 | Internal Revenue Service | Pro Rata Unsecured Clam / 7100-000 | | 79.61 | 33,259.98 |
| 05/30/25 | 110 | Compass, Inc. | Pro Rata Unsecured Claim / 7100-000 | | 2,514.76 | 30,745.22 |

Page Subtotals:    $50,053.02    $19,307.80

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 21-00041 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | MATTHEW EDWARD SHKOR | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***4833 | Account #: | ******7067 Checking |
| For Period Ending: | 01/08/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/30/25 | 111 | Ross Marguilies | Pro Rata Unsecured Claim | 7100-000 | | 137.38 | 30,607.84 |
| 05/30/25 | 112 | W. Bryan Cunningham and Fairleigh Cunningham | Pro Rata Unsecured Claim | 7100-000 | | 965.99 | 29,641.85 |
| 05/30/25 | 113 | Fazio Brothers Investment | Pro Rata Unsecured Claim Voided on 09/09/2025 | 7100-000 | | 71.55 | 29,570.30 |
| 05/30/25 | 114 | Mahmoud Sabouri-Yazdi and Batoul Sabouri-Yazdi | Pro Rata Unsecured Claim Voided on 09/09/2025 | 7100-000 | | 608.15 | 28,962.15 |
| 05/30/25 | 115 | Chirag Patel | Pro Rata Unsecured Claim | 7100-000 | | 357.77 | 28,604.38 |
| 05/30/25 | 116 | Goldman Sachs Bank USA | Pro Rata Unsecured Claim Voided on 09/09/2025 | 7100-000 | | 1,489.46 | 27,114.92 |
| 05/30/25 | 117 | Lastos Finance, LLC | Pro Rata Unsecured Claim | 7100-000 | | 2,957.11 | 24,157.81 |
| 05/30/25 | 118 | Tom Hardy | Pro Rata Unsecured Claim Voided on 09/09/2025 | 7100-000 | | 90.16 | 24,067.65 |
| 05/30/25 | 119 | Yoshie Haga | Pro Rata Unsecured Claim | 7100-000 | | 2,308.90 | 21,758.75 |
| 05/30/25 | 120 | Capital Bank | Pro Rata Unsecured Claim | 7100-000 | | 130.23 | 21,628.52 |
| 05/30/25 | 121 | Capital Bank | Pro Rata Unsecured Claim | 7100-000 | | 291.94 | 21,336.58 |
| 05/30/25 | 122 | Capital Bank | Pro Rata Unsecured Claim | 7100-000 | | 901.62 | 20,434.96 |
| 05/30/25 | 123 | Cornerstone Capital LLC | Pro Rata Unsecured Claim | 7100-000 | | 1,333.43 | 19,101.53 |
| 05/30/25 | 124 | David Bloom | Pro Rata Unsecured Claim Voided on 09/09/2025 | 7100-000 | | 296.69 | 18,804.84 |
| 05/30/25 | 125 | Michael Hines | Pro Rata Unsecured Claim | 7100-000 | | 420.87 | 18,383.97 |
| 05/30/25 | 126 | Jason Goozh, Manager Blue Water Funding | Pro Rata Unsecured Claim Voided on 06/20/2025 | 7100-000 | | 3,337.39 | 15,046.58 |
| 05/30/25 | 127 | Jason Goozh, Manager Blue Water Funding | Pro Rata Unsecured Claim Voided on 06/20/2025 | 7100-000 | | 10,296.70 | 4,749.88 |
| 05/30/25 | 128 | Christine S. Ramapuram | Pro Rata Unsecured Claim | 7100-000 | | 73.97 | 4,675.91 |
| 05/30/25 | 129 | Dila Development and Construction, LLC | Pro Rata Unsecured Claim Voided on 07/02/2025 | 7100-000 | | 529.48 | 4,146.43 |
| 05/30/25 | 130 | CMX Construction Group LLC | Pro Rata Unsecured Claim | 7100-000 | | 3,285.14 | 861.29 |
| 05/30/25 | 131 | Eli Hoory | Pro Rata Unsecured Claim | 7100-000 | | 370.00 | 491.29 |
| 05/30/25 | 132 | City Permit | Pro Rata Unsecured Claim | 7100-000 | | 77.09 | 414.20 |
| 05/30/25 | 133 | Christian G. Waller | Pro Rata Unsecured Claim | 7100-000 | | 414.20 | 0.00 |
| 06/20/25 | 126 | Jason Goozh, Manager Blue Water Funding | Pro Rata Unsecured Claim Voided: check issued on 05/30/2025 | 7100-000 | | -3,337.39 | 3,337.39 |
| 06/20/25 | 127 | Jason Goozh, Manager Blue Water Funding | Pro Rata Unsecured Claim Voided: check issued on 05/30/2025 | 7100-000 | | -10,296.70 | 13,634.09 |
| 06/20/25 | 134 | Jason Goozh, Manager Blue Water Funding | Pro Rata Unsecured Claim | 7100-000 | | 3,337.39 | 10,296.70 |
| 06/20/25 | 135 | Jason Goozh, Manager Blue Water Funding | Pro Rata Unsecured Claim | 7100-000 | | 10,296.70 | 0.00 |
| 07/02/25 | 129 | Dila Development and Construction, LLC | Pro Rata Unsecured Claim Voided: check issued on 05/30/2025 | 7100-000 | | -529.48 | 529.48 |
| 07/02/25 | 136 | Dila Development and Construction, LLC | Pro Rata Unsecured Claim | 7100-000 | | 529.48 | 0.00 |
| 09/09/25 | 113 | Fazio Brothers Investment | Pro Rata Unsecured Claim Voided: check issued on 05/30/2025 | 7100-000 | | -71.55 | 71.55 |

Page Subtotals: $0.00    $30,673.67

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 21-00041 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | MATTHEW EDWARD SHKOR | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***4833 | Account #: | ******7067 Checking |
| For Period Ending: | 01/08/2026 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/09/25 | 114 | Mahmoud Sabouri-Yazdi and Batoul Sabouri-Yazdi | Pro Rata Unsecured Claim Voided: check issued on 05/30/2025 | 7100-000 | | -608.15 | 679.70 |
| 09/09/25 | 116 | Goldman Sachs Bank USA | Pro Rata Unsecured Claim Voided: check issued on 05/30/2025 | 7100-000 | | -1,489.46 | 2,169.16 |
| 09/09/25 | 118 | Tom Hardy | Pro Rata Unsecured Claim Voided: check issued on 05/30/2025 | 7100-000 | | -90.16 | 2,259.32 |
| 09/09/25 | 124 | David Bloom | Pro Rata Unsecured Claim Voided: check issued on 05/30/2025 | 7100-000 | | -296.69 | 2,556.01 |
| 09/16/25 | 137 | Tom Hardy | Pro Rata Unsecured Claim Voided on 11/19/2025 | 7100-000 | | 90.16 | 2,465.85 |
| 11/19/25 | 137 | Tom Hardy | Pro Rata Unsecured Claim Voided: check issued on 09/16/2025 | 7100-000 | | -90.16 | 2,556.01 |
| 11/19/25 | 138 | Clerk, U.S. Bankruptcy Court District of Columbia | Unclaimed Funds - Ch 7 Case # 21-00041 | 7100-000 | | 2,556.01 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **COLUMN TOTALS** | 50,053.02 | 50,053.02 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 50,053.02 | 50,053.02 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50,053.02** | **$50,053.02** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-00041 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** | MATTHEW EDWARD SHKOR | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***4833 | **Account #:** | ******7067 Checking |
| **For Period Ending:** | 01/08/2026 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $50,053.02 |
| Plus Gross Adjustments: | $25,063.62 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $75,116.64 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7067 Checking | $50,053.02 | $50,053.02 | $0.00 |
| | **$50,053.02** | **$50,053.02** | **$0.00** |

01/08/2026
Date

/s/Wendell W. Webster
Wendell W. Webster

UST Form 101-7-TDR (10/1/2010)