22OC7ASST



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**                                          **Case No.** 21−00041−ELG
Matthew Edward Shkor
**Debtor**                                         **Chapter** 7

## ORDER

==========

UPON APPLICATION of the Chapter 7 Trustee and upon recommendation of the United States Trustee, and it appearing to the Court that nothing further remains to be done in this matter, it is hereby,

ORDERED that the Chapter 7 Trustee appointed in this case is discharged and the case is closed.

Dated: 4/14/26                        For the Court:
                                      Angela D. Caesar
                                      BY:  mb

Copies To:
Recipients of Electonic Notifications;
Debtor;
Appointed Trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                                      Case No. 21-00041-ELG

Matthew Edward Shkor                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 14, 2026 | Form ID: oc7asst | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

**Recip ID**     **Recipient Name and Address**
db         #+  Matthew Edward Shkor, 1738 R Street, N.W., Washington, DC 20009-2410

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Alan D. Eisler

    on behalf of Debtor Matthew Edward Shkor aeisler@e-hlegal.com  alaneisler@gmail.com

Alan D. Eisler

    on behalf of Defendant Matthew Edward Shkor aeisler@e-hlegal.com  alaneisler@gmail.com

Alexander McDonald Laughlin

    on behalf of Plaintiff Capital Bank  N.A. alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Arthur P. Lander

    on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com

Benjamin P. Smith

    on behalf of Creditor VVS RI Development LLC bsmith@shulmanrogers.com
    vdeguzman@shulmanrogers.com;MZawalick@shulmanrogers.com;tlong@shulmanrogers.com;cwarren@shulmanrogers.com;rpar

adis@shulmanrogers.com

Bryan S. Ross

on behalf of Trustee Bryan S. Ross ysnore@aol.com  bross@ecf.axosfs.com

Catherine Keller Hopkin

on behalf of Creditor Cornerstone Capital  LLC chopkin@yvslaw.com,
yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestc
ase.com

Catherine Keller Hopkin

on behalf of Plaintiff Cornerstone Capital  LLC chopkin@yvslaw.com,
yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestc
ase.com

Catherine Keller Hopkin

on behalf of Defendant Cornerstone Capital  LLC chopkin@yvslaw.com,
yvslawcmecf@gmail.com;r39990@notify.bestcase.com;pgomez@yvslaw.com;kreese@yvslaw.com;hopkincr39990@notify.bestc
ase.com

Christopher J. Giaimo

on behalf of Interested Party COMPASS CONCIERGE  LLC christopher.giaimo@squirepb.com,
sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo

on behalf of Interested Party COMPASS  INC. christopher.giaimo@squirepb.com,
sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Darrell William Clark

on behalf of Trustee Bryan S. Ross darrell.clark@stinson.com  Siobhan.rudolph@stinson.com

James M Loots

on behalf of Creditor CMX Construction Group LLC jloots@lootslaw.com

Jason Kutcher

on behalf of Creditor Goldman Sachs Bank USA jason.kutcher@troutman.com  sharron.fay@troutman.com

Jeffrey M. Orenstein

on behalf of Creditor Dila Development and Construction  LLC jorenstein@wolawgroup.com,
kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Jill Diane Caravaggio

on behalf of Creditor Ferguson Enterprises  LLC jill@jill-lawoffice.net, paralegal@jill-lawoffice.net

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Lawrence J. Anderson

on behalf of Creditor Capital Bank  N.A. landerson@nealon.com, landersonhome1@gmail.com

Maurice Belmont VerStandig

on behalf of Interested Party VVS RI Development LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael N. Russo, Jr.

on behalf of Interested Party MatCap Russo@councilbaradel.com
abs@councilbaradel.com;aaw@councilbaradel.com;mnc@councilbaradel.com

Michael T. Freeman

on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Namrata Loomba

on behalf of Creditor Capital Bank  N.A. namrata.loomba@blankrome.com, ecfaccount@orlans.com;ANHSOrlans@InfoEx.com

Neil D Goldman

on behalf of Creditor Christian G. Waller ngoldman@goldmanvanbeek.com

Richard E. Hagerty

on behalf of Creditor Goldman Sachs Bank USA richard.hagerty@troutmansanders.com
sharron.fay@troutmansanders.com;wlbank@troutman.com

Richard M. Sissman

on behalf of Creditor BMC East  LLC rsissmanesq@his.com

Shawn C Whittaker

on behalf of Plaintiff AG's Enterprise  Inc. shawn@whittakermyers.com

Shawn C Whittaker

on behalf of Creditor AG's Enterprise  Inc. shawn@whittakermyers.com

Tiffany S. Franc

on behalf of Plaintiff Cornerstone Capital  LLC tfranclegal@gmail.com, pgomez@yvslaw.com

District/off: 0090-1

Date Rcvd: Apr 14, 2026

User: admin

Form ID: oc7asst

Page 3 of 3

Total Noticed: 1

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

Valerie Edwards

on behalf of Interested Party Eileen Cowdery valerie@antonlegal.com

Wendell W. Webster

on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com  DC03@ecfcbis.com

Wendell W. Webster

wwebster@websterfredrickson.com  DC03@ecfcbis.com


TOTAL: 32